# Exhibit A

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-11-08 10:23:31 ET

Serial Number: 71042103 Assignment Information    Trademark Document Retrieval

Registration Number: 75218

Mark



(words only): TOOTSIE

Standard Character claim: No

Current Status: The registration has been renewed.

Date of Status: 2009-12-29

Filing Date: 1909-04-28

Transformed into a National Application: No

Registration Date: 1909-09-14

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 830 -Post Registration

Date In Location: 2009-12-29

---

**LAST APPLICANT(S)/OWNER(S) OF RECORD**

---

1. Tootsie Roll Industries, LLC

**Address:**
Tootsie Roll Industries, LLC
7401 South Cicero Avenue
Chicago, IL 60629
United States
**Legal Entity Type:** Limited Liability Company
**State or Country Where Organized:** Illinois

## GOODS AND/OR SERVICES

**U.S. Class:** 046 (International Class 030)
**Class Status:** Active
CHOCOLATE CANDY
**Basis:** 1(a)
**First Use Date:** 1908-09-00
**First Use in Commerce Date:** 1908-09-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2009-12-29 - Fifth renewal 10 year

2009-12-29 - Section 8 (10-year) accepted/ Section 9 granted

2009-08-18 - Section 7 amendment issued

2008-11-20 - Assigned To Paralegal

2008-11-03 - Combined Section 8 (10-year)/Section 9 filed

2008-11-03 - Section 7 amendment filed

2008-11-03 - PAPER RECEIVED

2008-08-28 - Case File In TICRS

2008-02-12 - Notice Of Suit

2007-02-07 - Assignment Of Ownership Not Updated Automatically

1989-09-14 - Fourth renewal

1989-06-30 - Section 9 filed/check record for Section 8

1969-09-14 - Third renewal

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
DAVID WOLF

**Correspondent**
DAVID WOLF
WOLF, GREENFIELD & SACKS, PC
600 ATLANTIC AVE
BOSTON, MA 02210

 

**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments:** 8
    **Serial #:** 71042103    **Filing Dt:** 04/28/1909    **Reg #:** 75218    **Reg. Dt:** 09/14/1909
    **Registrant:** STERN & SAALBERG COMPANY, THE
    **Mark:** TOOTSIE

**Assignment:** 1
    **Reel/Frame:** 0141/0266    **Received:**    **Recorded:** 08/10/1966    **Pages:** 4
    **Conveyance:** CHANGE OF NAME
    **Assignor:** SWEETS COMPANY OF AMERICA, INCORPORATED, THE    **Exec Dt:** 05/02/1966
        **Entity Type:** UNKNOWN
        **Citizenship:** NONE
    **Assignee:** TOOTSIE ROLL INDUSTRIES, INC.    **Entity Type:** UNKNOWN
        **Citizenship:** NONE
    **Correspondent:** CAESAR, RIVISE ET AL.
        LIBERTY TRUST BLDG.
        BROAD & ARCH STS.
        PHILADELPHIA, PA 19107

**Assignment:** 2
    **Reel/Frame:** 3470/0568    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 10
    **Conveyance:** ASSIGNS THE ENTIRE INTEREST
    **Assignor:** TOOTSIE ROLL INDUSTRIES, INC.    **Exec Dt:** 01/19/2007
        **Entity Type:** CORPORATION
        **Citizenship:** VIRGINIA
    **Assignee:** CGC, INC.    **Entity Type:** CORPORATION
        7401 SOUTH CICERO AVENUE    **Citizenship:** DELAWARE
        CHICAGO, ILLINOIS 60629
    **Correspondent:** DOUGLAS R. WOLF
        600 ATLANTIC AVENUE
        BOSTON, MA 02210-2206

**Assignment:** 3
    **Reel/Frame:** 3470/0578    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 10
    **Conveyance:** ASSIGNS THE ENTIRE INTEREST
    **Assignor:** CGC, INC.    **Exec Dt:** 01/19/2007
        **Entity Type:** CORPORATION
        **Citizenship:** DELAWARE
    **Assignee:** CHARMS MARKETING COMPANY    **Entity Type:** CORPORATION
        7401 SOUTH CICERO AVENUE    **Citizenship:** ILLINOIS
        CHICAGO, ILLINOIS 60629
    **Correspondent:** DOUGLAS R. WOLF
        600 ATLANTIC AVENUE
        BOSTON, MA 02210-2206

**Assignment:** 4
    **Reel/Frame:** 3470/0600    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 14
    **Conveyance:** ASSIGNS THE ENTIRE INTEREST
    **Assignor:** CHARMS MARKETING COMPANY    **Exec Dt:** 01/19/2007
        **Entity Type:** CORPORATION

- **Assignee:** TOOTSIE ROLL BRANDS LLC
  7401 SOUTH CICERO AVENUE
  CHICAGO, ILLINOIS 60629
- **Correspondent:** DOUGLAS R. WOLF
  600 ATLANTIC AVENUE
  BOSTON, MA 02210-2206

  **Citizenship:** ILLINOIS
  **Entity Type:** LIMITED LIABILITY COMPANY
  **Citizenship:** DELAWARE

### Assignment: 5

- **Reel/Frame:** 3470/0771  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 16
- **Conveyance:** ASSIGNS THE ENTIRE INTEREST
- **Assignor:** TOOTSIE ROLL BRANDS LLC
  **Exec Dt:** 01/19/2007
  **Entity Type:** LIMITED LIABILITY COMPANY
  **Citizenship:** DELAWARE
- **Assignee:** CHARMS MARKETING COMPANY
  7401 SOUTH CICERO AVENUE
  CHICAGO, ILLINOIS 60629
  **Entity Type:** CORPORATION
  **Citizenship:** ILLINOIS
- **Correspondent:** DOUGLAS R. WOLF
  600 ATLANTIC AVENUE
  BOSTON, MA 02210-2206

### Assignment: 6

- **Reel/Frame:** 3470/0797  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 16
- **Conveyance:** ASSIGNS THE ENTIRE INTEREST
- **Assignor:** CHARMS MARKETING COMPANY
  **Exec Dt:** 01/19/2007
  **Entity Type:** CORPORATION
  **Citizenship:** ILLINOIS
- **Assignee:** CGC, INC.
  7401 SOUTH CICERO AVENUE
  CHICAGO, ILLINOIS 60629
  **Entity Type:** CORPORATION
  **Citizenship:** DELAWARE
- **Correspondent:** DOUGLAS R. WOLF
  600 ATLANTIC AVENUE
  BOSTON, MA 02210-2206

### Assignment: 7

- **Reel/Frame:** 3470/0867  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 16
- **Conveyance:** ASSIGNS THE ENTIRE INTEREST
- **Assignor:** CGC, INC.
  **Exec Dt:** 01/19/2007
  **Entity Type:** CORPORATION
  **Citizenship:** DELAWARE
- **Assignee:** TOOTSIE ROLL INDUSTRIES, INC.
  7401 SOUTH CICERO AVENUE
  CHICAGO, ILLINOIS 60629
  **Entity Type:** CORPORATION
  **Citizenship:** VIRGINIA
- **Correspondent:** DOUGLAS R. WOLF
  600 ATLANTIC AVENUE
  BOSTON, MA 02210-2206

### Assignment: 8

- **Reel/Frame:** 3470/0883  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 16
- **Conveyance:** ASSIGNS THE ENTIRE INTEREST
- **Assignor:** TOOTSIE ROLL INDUSTRIES, INC.
  **Exec Dt:** 01/19/2007
  **Entity Type:** CORPORATION
  **Citizenship:** VIRGINIA
- **Assignee:** TOOTSIE ROLL INDUSTRIES, LLC
  7401 SOUTH CICERO AVENUE
  CHICAGO, ILLINOIS 60629
  **Entity Type:** LIMITED LIABILITY COMPANY
  **Citizenship:** ILLINOIS
- **Correspondent:** DOUGLAS R. WOLF

600
BOSTON, MA 02210-2206

Search Results as of: 11/08/2011 10:23 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.2
Web interface last modified: July 25, 2011 v.2.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT