# Exhibit B

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-11-08 10:24:12 ET

**Serial Number:** 72404895 Assignment Information    Trademark Document Retrieval

**Registration Number:** 949931

**Mark(words only):** TOOTSIE ROLLS

**Standard Character claim:** No

**Current Status:** The registration has been renewed.

**Date of Status:** 2002-05-22

**Filing Date:** 1971-10-12

**Transformed into a National Application:** No

**Registration Date:** 1973-01-02

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2008-08-29

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. TOOTSIE ROLL INDUSTRIES, INC.

**Address:**
TOOTSIE ROLL INDUSTRIES, INC.
7401 S. CICERO AVENUE
CHICAGO, IL 60629
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Virginia

---

## GOODS AND/OR SERVICES

**U.S. Class:** 046 (International Class 030)
**Class Status:** Active
CANDY
**Basis:** 1(a)
**First Use Date:** 1925-06-16
**First Use in Commerce Date:** 1925-06-16

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
715522

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-08-29 - Case File In TICRS

2008-02-12 - Notice Of Suit

2007-02-07 - Assignment Of Ownership Not Updated Automatically

2002-05-22 - Second renewal 10 year

2002-05-22 - Section 8 (10-year) accepted/ Section 9 granted

2002-03-25 - Combined Section 8 (10-year)/Section 9 filed

2002-03-25 - PAPER RECEIVED

1993-01-25 - First renewal 10 year

1992-11-30 - Section 9 filed/check record for Section 8

1978-07-18 - Section 8 (6-year) accepted & Section 15 acknowledged

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
DOUGLAS R. WOLF

**Correspondent**
DOUGLAS R WOLF
WOLF, GREENFIELD & SACKS, P..C
600 ATLANTIC AVENUE
BOSTON, MA 02210

 United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments:** 7
**Serial #:** 72404895  **Filing Dt:** 10/12/1971  **Reg #:** 949931  **Reg. Dt:** 01/02/1973
**Registrant:** TOOTSIE ROLL INDUSTRIES, INC.
**Mark:** TOOTSIE ROLLS

**Assignment:** 1
**Reel/Frame:** 3470/0568  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 10
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** TOOTSIE ROLL INDUSTRIES, INC.  **Exec Dt:** 01/19/2007
  **Entity Type:** CORPORATION
  **Citizenship:** VIRGINIA
**Assignee:** CGC, INC.  **Entity Type:** CORPORATION
  7401 SOUTH CICERO AVENUE  **Citizenship:** DELAWARE
  CHICAGO, ILLINOIS 60629
**Correspondent:** DOUGLAS R. WOLF
  600 ATLANTIC AVENUE
  BOSTON, MA 02210-2206

**Assignment:** 2
**Reel/Frame:** 3470/0578  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 10
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CGC, INC.  **Exec Dt:** 01/19/2007
  **Entity Type:** CORPORATION
  **Citizenship:** DELAWARE
**Assignee:** CHARMS MARKETING COMPANY  **Entity Type:** CORPORATION
  7401 SOUTH CICERO AVENUE  **Citizenship:** ILLINOIS
  CHICAGO, ILLINOIS 60629
**Correspondent:** DOUGLAS R. WOLF
  600 ATLANTIC AVENUE
  BOSTON, MA 02210-2206

**Assignment:** 3
**Reel/Frame:** 3470/0600  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 14
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CHARMS MARKETING COMPANY  **Exec Dt:** 01/19/2007
  **Entity Type:** CORPORATION
  **Citizenship:** ILLINOIS
**Assignee:** TOOTSIE ROLL BRANDS LLC  **Entity Type:** LIMITED LIABILITY COMPANY
  7401 SOUTH CICERO AVENUE  **Citizenship:** DELAWARE
  CHICAGO, ILLINOIS 60629
**Correspondent:** DOUGLAS R. WOLF
  600 ATLANTIC AVENUE
  BOSTON, MA 02210-2206

**Assignment:** 4
**Reel/Frame:** 3470/0771  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 16
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** TOOTSIE ROLL BRANDS LLC  **Exec Dt:** 01/19/2007
  **Entity Type:**

|  |  |  |  | LIMITED LIABILITY COMPANY |
|---|---|---|---|---|
|  |  |  | **Citizenship:** | DELAWARE |
| **Assignee:** | CHARMS MARKETING COMPANY |  | **Entity Type:** | CORPORATION |
|  | 7401 SOUTH CICERO AVENUE |  | **Citizenship:** | ILLINOIS |
|  | CHICAGO, ILLINOIS 60629 |  |  |  |
| **Correspondent:** | DOUGLAS R. WOLF |  |  |  |
|  | 600 ATLANTIC AVENUE |  |  |  |
|  | BOSTON, MA 02210-2206 |  |  |  |

### Assignment: 5

| **Reel/Frame:** | 3470/0797 | **Received:** 01/30/2007 | **Recorded:** 01/30/2007 | **Pages:** 16 |
|---|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST |  |  |  |
| **Assignor:** | CHARMS MARKETING COMPANY |  | **Exec Dt:** | 01/19/2007 |
|  |  |  | **Entity Type:** | CORPORATION |
|  |  |  | **Citizenship:** | ILLINOIS |
| **Assignee:** | CGC, INC. |  | **Entity Type:** | CORPORATION |
|  | 7401 SOUTH CICERO AVENUE |  | **Citizenship:** | DELAWARE |
|  | CHICAGO, ILLINOIS 60629 |  |  |  |
| **Correspondent:** | DOUGLAS R. WOLF |  |  |  |
|  | 600 ATLANTIC AVENUE |  |  |  |
|  | BOSTON, MA 02210-2206 |  |  |  |

### Assignment: 6

| **Reel/Frame:** | 3470/0867 | **Received:** 01/30/2007 | **Recorded:** 01/30/2007 | **Pages:** 16 |
|---|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST |  |  |  |
| **Assignor:** | CGC, INC. |  | **Exec Dt:** | 01/19/2007 |
|  |  |  | **Entity Type:** | CORPORATION |
|  |  |  | **Citizenship:** | DELAWARE |
| **Assignee:** | TOOTSIE ROLL INDUSTRIES, INC. |  | **Entity Type:** | CORPORATION |
|  | 7401 SOUTH CICERO AVENUE |  | **Citizenship:** | VIRGINIA |
|  | CHICAGO, ILLINOIS 60629 |  |  |  |
| **Correspondent:** | DOUGLAS R. WOLF |  |  |  |
|  | 600 ATLANTIC AVENUE |  |  |  |
|  | BOSTON, MA 02210-2206 |  |  |  |

### Assignment: 7

| **Reel/Frame:** | 3470/0883 | **Received:** 01/30/2007 | **Recorded:** 01/30/2007 | **Pages:** 16 |
|---|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST |  |  |  |
| **Assignor:** | TOOTSIE ROLL INDUSTRIES, INC. |  | **Exec Dt:** | 01/19/2007 |
|  |  |  | **Entity Type:** | CORPORATION |
|  |  |  | **Citizenship:** | VIRGINIA |
| **Assignee:** | TOOTSIE ROLL INDUSTRIES, LLC |  | **Entity Type:** | LIMITED LIABILITY COMPANY |
|  | 7401 SOUTH CICERO AVENUE |  | **Citizenship:** | ILLINOIS |
|  | CHICAGO, ILLINOIS 60629 |  |  |  |
| **Correspondent:** | DOUGLAS R. WOLF |  |  |  |
|  | 600 |  |  |  |
|  | BOSTON, MA 02210-2206 |  |  |  |

Search Results as of: 11/08/2011 10:24 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.2
Web interface last modified: July 25, 2011 v.2.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT