# Exhibit C

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-11-08 10:24:26 ET

**Serial Number:** 72431465  Assignment Information      Trademark Document Retrieval

**Registration Number:** 963446

**Mark(words only):** TOOTSIE ROLL

**Standard Character claim:** No

**Current Status:** The registration has been renewed.

**Date of Status:** 2002-11-27

**Filing Date:** 1972-08-02

**Transformed into a National Application:** No

**Registration Date:** 1973-07-10

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2008-08-27

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. TOOTSIE ROLL INDUSTRIES, INC.

**Address:**
TOOTSIE ROLL INDUSTRIES, INC.
7401 S. CICERO AVE.
CHICAGO, IL 60629
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Virginia

---

## GOODS AND/OR SERVICES

**U.S. Class:** 022 (International Class 028)
**Class Status:** Active
TOY BANKS
**Basis:** 1(a)
**First Use Date:** 1966-02-00
**First Use in Commerce Date:** 1966-02-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-08-27 - Case File In TICRS

2007-02-07 - Assignment Of Ownership Not Updated Automatically

2002-11-27 - Second renewal 10 year

2002-11-27 - Section 8 (10-year) accepted/ Section 9 granted

2002-09-05 - Combined Section 8 (10-year)/Section 9 filed

2002-09-05 - PAPER RECEIVED

1993-05-13 - First renewal 10 year

1993-03-26 - Section 9 filed/check record for Section 8

1979-02-27 - Section 8 (6-year) accepted & Section 15 acknowledged

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
DOUGLAS R. WOLF

**Correspondent**
DOUGLAS R. WOLF
WOLF, GREENFIELD & SACKS, P.C.
600 ATLANTIC AVENUE
BOSTON, MA 02210

 

**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 7**

**Serial #:** 72431465  **Filing Dt:** 08/02/1972  **Reg #:** 963446  **Reg. Dt:** 07/10/1973
**Registrant:** TOOTSIE ROLL INDUSTRIES, INC.
**Mark:** TOOTSIE ROLL

### Assignment: 1
**Reel/Frame:** 3470/0568  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 10
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** TOOTSIE ROLL INDUSTRIES, INC.  **Exec Dt:** 01/19/2007
 **Entity Type:** CORPORATION
 **Citizenship:** VIRGINIA
**Assignee:** CGC, INC.  **Entity Type:** CORPORATION
 7401 SOUTH CICERO AVENUE  **Citizenship:** DELAWARE
 CHICAGO, ILLINOIS 60629
**Correspondent:** DOUGLAS R. WOLF
 600 ATLANTIC AVENUE
 BOSTON, MA 02210-2206

### Assignment: 2
**Reel/Frame:** 3470/0578  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 10
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CGC, INC.  **Exec Dt:** 01/19/2007
 **Entity Type:** CORPORATION
 **Citizenship:** DELAWARE
**Assignee:** CHARMS MARKETING COMPANY  **Entity Type:** CORPORATION
 7401 SOUTH CICERO AVENUE  **Citizenship:** ILLINOIS
 CHICAGO, ILLINOIS 60629
**Correspondent:** DOUGLAS R. WOLF
 600 ATLANTIC AVENUE
 BOSTON, MA 02210-2206

### Assignment: 3
**Reel/Frame:** 3470/0600  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 14
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CHARMS MARKETING COMPANY  **Exec Dt:** 01/19/2007
 **Entity Type:** CORPORATION
 **Citizenship:** ILLINOIS
**Assignee:** TOOTSIE ROLL BRANDS LLC  **Entity Type:** LIMITED LIABILITY COMPANY
 7401 SOUTH CICERO AVENUE  **Citizenship:** DELAWARE
 CHICAGO, ILLINOIS 60629
**Correspondent:** DOUGLAS R. WOLF
 600 ATLANTIC AVENUE
 BOSTON, MA 02210-2206

### Assignment: 4
**Reel/Frame:** 3470/0771  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 16
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** TOOTSIE ROLL BRANDS LLC  **Exec Dt:** 01/19/2007
 **Entity Type:**

**Assignee:** CHARMS MARKETING COMPANY
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629
**Correspondent:** DOUGLAS R. WOLF
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE
**Entity Type:** CORPORATION
**Citizenship:** ILLINOIS

### Assignment: 5

**Reel/Frame:** 3470/0797   **Received:** 01/30/2007   **Recorded:** 01/30/2007   **Pages:** 16
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CHARMS MARKETING COMPANY
   **Exec Dt:** 01/19/2007
   **Entity Type:** CORPORATION
   **Citizenship:** ILLINOIS

**Assignee:** CGC, INC.
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629
   **Entity Type:** CORPORATION
   **Citizenship:** DELAWARE
**Correspondent:** DOUGLAS R. WOLF
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

### Assignment: 6

**Reel/Frame:** 3470/0867   **Received:** 01/30/2007   **Recorded:** 01/30/2007   **Pages:** 16
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CGC, INC.
   **Exec Dt:** 01/19/2007
   **Entity Type:** CORPORATION
   **Citizenship:** DELAWARE

**Assignee:** TOOTSIE ROLL INDUSTRIES, INC.
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629
   **Entity Type:** CORPORATION
   **Citizenship:** VIRGINIA
**Correspondent:** DOUGLAS R. WOLF
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

### Assignment: 7

**Reel/Frame:** 3470/0883   **Received:** 01/30/2007   **Recorded:** 01/30/2007   **Pages:** 16
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** TOOTSIE ROLL INDUSTRIES, INC.
   **Exec Dt:** 01/19/2007
   **Entity Type:** CORPORATION
   **Citizenship:** VIRGINIA

**Assignee:** TOOTSIE ROLL INDUSTRIES, LLC
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629
   **Entity Type:** LIMITED LIABILITY COMPANY
   **Citizenship:** ILLINOIS
**Correspondent:** DOUGLAS R. WOLF
600
BOSTON, MA 02210-2206

Search Results as of: 11/08/2011 10:24 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.2
Web interface last modified: July 25, 2011 v.2.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

http://assignments.uspto.gov/assignments/q?db=tm&sno=72431465    11/8/2011