# Exhibit D

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2011-11-08 10:24:54 ET

**Serial Number:** 73360025 Assignment Information       Trademark Document Retrieval

**Registration Number:** 1255474

**Mark**



**(words only):** TOOTSIE FROOTIES

**Standard Character claim:** No

**Current Status:** The registration has been renewed.

**Date of Status:** 2003-02-14

**Filing Date:** 1982-04-16

**Transformed into a National Application:** No

**Registration Date:** 1983-10-25

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2008-04-30

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Tootsie Roll Industries, Inc.

**Address:**
Tootsie Roll Industries, Inc.
7401 S. Cicero Ave.
Chicago, IL 60629
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Virginia

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active
Candy
**Basis:** 1(a)
**First Use Date:** 1982-01-15
**First Use in Commerce Date:** 1982-01-15

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
752180
9499370

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-04-30 - Case File In TICRS

2007-02-07 - Assignment Of Ownership Not Updated Automatically

2003-02-14 - First renewal 10 year

2003-02-14 - Section 8 (10-year) accepted/ Section 9 granted

2002-11-04 - Combined Section 8 (10-year)/Section 9 filed

2002-11-04 - PAPER RECEIVED

1989-09-09 - Section 8 (6-year) accepted & Section 15 acknowledged

1989-07-10 - Section 8 (6-year) and Section 15 Filed

1983-10-25 - Registered - Principal Register

1983-08-02 - Published for opposition

1983-10-25 - Registered - Principal Register

1983-08-02 - Published for opposition

1983-07-11 - Notice of publication

1983-07-08 - Notice of publication

1983-07-07 - Notice of publication

1983-07-06 - Notice of publication

1983-07-05 - Notice of publication

1983-07-05 - Notice of publication

1983-07-01 - Notice of publication

1983-05-26 - Approved for Pub - Principal Register (Initial exam)

1983-04-28 - Communication received from applicant

1983-02-17 - Assigned To Examiner

1983-02-03 - Non-final action mailed

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
DOUGLAS R WOLF

**Correspondent**
DOUGLAS R WOLF
WOLF GREENFIELD & SACKS PC
FEDERAL RESERVE PLAZA
600 ATLANTIC AVE
BOSTON, MA 02210

 **United States Patent and Trademark Office** 

Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Assignments on the Web > <u>Trademark Query</u>

# Trademark Assignment Abstract of Title

**Total Assignments: 7**

**Serial #:** <u>73360025</u>  **Filing Dt:** 04/16/1982    **Reg #:** <u>1255474</u>    **Reg. Dt:** 10/25/1983
**Registrant:** Tootsie Roll Industries, Inc.
**Mark:** TOOTSIE FROOTIES

## Assignment: 1

**Reel/Frame:** <u>3470/0568</u>  **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 10
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** <u>TOOTSIE ROLL INDUSTRIES, INC.</u>

**Exec Dt:** 01/19/2007
**Entity Type:** CORPORATION
**Citizenship:** VIRGINIA

**Assignee:** <u>CGC, INC.</u>
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** DOUGLAS R. WOLF
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

## Assignment: 2

**Reel/Frame:** <u>3470/0578</u>  **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 10
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** <u>CGC, INC.</u>

**Exec Dt:** 01/19/2007
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** <u>CHARMS MARKETING COMPANY</u>
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629

**Entity Type:** CORPORATION
**Citizenship:** ILLINOIS

**Correspondent:** DOUGLAS R. WOLF
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

## Assignment: 3

**Reel/Frame:** <u>3470/0600</u>  **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 14
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** <u>CHARMS MARKETING COMPANY</u>

**Exec Dt:** 01/19/2007
**Entity Type:** CORPORATION
**Citizenship:** ILLINOIS

**Assignee:** <u>TOOTSIE ROLL BRANDS LLC</u>
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

**Correspondent:** DOUGLAS R. WOLF
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

## Assignment: 4

**Reel/Frame:** <u>3470/0771</u>  **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 16
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** <u>TOOTSIE ROLL BRANDS LLC</u>

**Exec Dt:** 01/19/2007
**Entity Type:**

|  |  | LIMITED LIABILITY COMPANY |
|---|---|---|
| **Assignee:** | CHARMS MARKETING COMPANY | **Citizenship:** DELAWARE |
|  | 7401 SOUTH CICERO AVENUE | **Entity Type:** CORPORATION |
|  | CHICAGO, ILLINOIS 60629 | **Citizenship:** ILLINOIS |
| **Correspondent:** | DOUGLAS R. WOLF |  |
|  | 600 ATLANTIC AVENUE |  |
|  | BOSTON, MA 02210-2206 |  |

## Assignment: 5

**Reel/Frame:** 3470/0797    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 16

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CHARMS MARKETING COMPANY

    **Exec Dt:** 01/19/2007
    **Entity Type:** CORPORATION
    **Citizenship:** ILLINOIS

**Assignee:** CGC, INC.
    7401 SOUTH CICERO AVENUE
    CHICAGO, ILLINOIS 60629
    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

**Correspondent:** DOUGLAS R. WOLF
    600 ATLANTIC AVENUE
    BOSTON, MA 02210-2206

## Assignment: 6

**Reel/Frame:** 3470/0867    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 16

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CGC, INC.
    **Exec Dt:** 01/19/2007
    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

**Assignee:** TOOTSIE ROLL INDUSTRIES, INC.
    7401 SOUTH CICERO AVENUE
    CHICAGO, ILLINOIS 60629
    **Entity Type:** CORPORATION
    **Citizenship:** VIRGINIA

**Correspondent:** DOUGLAS R. WOLF
    600 ATLANTIC AVENUE
    BOSTON, MA 02210-2206

## Assignment: 7

**Reel/Frame:** 3470/0883    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 16

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** TOOTSIE ROLL INDUSTRIES, INC.
    **Exec Dt:** 01/19/2007
    **Entity Type:** CORPORATION
    **Citizenship:** VIRGINIA

**Assignee:** TOOTSIE ROLL INDUSTRIES, LLC
    7401 SOUTH CICERO AVENUE
    CHICAGO, ILLINOIS 60629
    **Entity Type:** LIMITED LIABILITY COMPANY
    **Citizenship:** ILLINOIS

**Correspondent:** DOUGLAS R. WOLF
    600
    BOSTON, MA 02210-2206

Search Results as of: 11/08/2011 10:25 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.2
Web interface last modified: July 25, 2011 v.2.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT