# Exhibit E

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-11-08 10:25:09 ET

Serial Number: 73410574 Assignment Information    Trademark Document Retrieval

Registration Number: 1302714

Mark



(words only): TOOTSIE ROLL

Standard Character claim: No

Current Status: The registration has been renewed.

Date of Status: 2005-07-20

Filing Date: 1983-01-24

Transformed into a National Application: No

Registration Date: 1984-10-30

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 830 -Post Registration

Date In Location: 2005-07-20

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Tootsie Roll Industries, Inc.

**Address:**
Tootsie Roll Industries, Inc.
7401 S. Cicero Ave.
Chicago, IL 60629
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Virginia

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
Dress Shirts, Tank Tops, Sweatshirts, Shorts, Sweaters
**Basis:** 1(a)
**First Use Date:** 1982-11-01
**First Use in Commerce Date:** 1982-11-01

## ADDITIONAL INFORMATION

**Design Search Code(s):**
**26.11.11** - Rectangles divided twice into three sections
**26.11.21** - Rectangles that are completely or partially shaded

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-02-07 - Assignment Of Ownership Not Updated Automatically

2005-07-20 - First renewal 10 year

2005-07-20 - Section 8 (10-year) accepted/ Section 9 granted

2005-07-20 - Assigned To Paralegal

2005-07-19 - Assigned To Paralegal

2005-03-02 - Email Received

2004-08-16 - Combined Section 8 (10-year)/Section 9 filed

2004-08-16 - PAPER RECEIVED

1990-04-26 - Section 8 (6-year) accepted & Section 15 acknowledged

1990-02-12 - Section 8 (6-year) and Section 15 Filed

1984-10-30 - Registered - Principal Register

1984-08-21 - Published for opposition

1984-06-19 - Notice of publication

1984-04-10 - Approved for Pub - Principal Register (Initial exam)

1984-02-27 - Communication received from applicant

1983-10-19 - Non-final action mailed

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
DOUGLAS Wolf

**Correspondent**
DOUGLAS Wolf
WOLF, GREENFIELD & SACKS
600 ATLANTIC AVENUE
BOSTON MA 02210



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 7**

**Serial #:** 73410574   **Filing Dt:** 01/24/1983   **Reg #:** 1302714   **Reg. Dt:** 10/30/1984
**Registrant:** Tootsie Roll Industries, Inc.
**Mark:** TOOTSIE ROLL

### Assignment: 1
**Reel/Frame:** 3470/0568   **Received:** 01/30/2007   **Recorded:** 01/30/2007   **Pages:** 10
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** TOOTSIE ROLL INDUSTRIES, INC.
   **Exec Dt:** 01/19/2007
   **Entity Type:** CORPORATION
   **Citizenship:** VIRGINIA
**Assignee:** CGC, INC.
   7401 SOUTH CICERO AVENUE
   CHICAGO, ILLINOIS 60629
   **Entity Type:** CORPORATION
   **Citizenship:** DELAWARE
**Correspondent:** DOUGLAS R. WOLF
   600 ATLANTIC AVENUE
   BOSTON, MA 02210-2206

### Assignment: 2
**Reel/Frame:** 3470/0578   **Received:** 01/30/2007   **Recorded:** 01/30/2007   **Pages:** 10
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CGC, INC.
   **Exec Dt:** 01/19/2007
   **Entity Type:** CORPORATION
   **Citizenship:** DELAWARE
**Assignee:** CHARMS MARKETING COMPANY
   7401 SOUTH CICERO AVENUE
   CHICAGO, ILLINOIS 60629
   **Entity Type:** CORPORATION
   **Citizenship:** ILLINOIS
**Correspondent:** DOUGLAS R. WOLF
   600 ATLANTIC AVENUE
   BOSTON, MA 02210-2206

### Assignment: 3
**Reel/Frame:** 3470/0600   **Received:** 01/30/2007   **Recorded:** 01/30/2007   **Pages:** 14
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CHARMS MARKETING COMPANY
   **Exec Dt:** 01/19/2007
   **Entity Type:** CORPORATION
   **Citizenship:** ILLINOIS
**Assignee:** TOOTSIE ROLL BRANDS LLC
   7401 SOUTH CICERO AVENUE
   CHICAGO, ILLINOIS 60629
   **Entity Type:** LIMITED LIABILITY COMPANY
   **Citizenship:** DELAWARE
**Correspondent:** DOUGLAS R. WOLF
   600 ATLANTIC AVENUE
   BOSTON, MA 02210-2206

### Assignment: 4
**Reel/Frame:** 3470/0771   **Received:** 01/30/2007   **Recorded:** 01/30/2007   **Pages:** 16
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** TOOTSIE ROLL BRANDS LLC
   **Exec Dt:** 01/19/2007
   **Entity Type:**

|  |  |
|---|---|
| **Assignee:** CHARMS MARKETING COMPANY<br>7401 SOUTH CICERO AVENUE<br>CHICAGO, ILLINOIS 60629 | LIMITED LIABILITY COMPANY<br>**Citizenship:** DELAWARE<br>**Entity Type:** CORPORATION<br>**Citizenship:** ILLINOIS |
| **Correspondent:** DOUGLAS R. WOLF<br>600 ATLANTIC AVENUE<br>BOSTON, MA 02210-2206 | |

### Assignment: 5

**Reel/Frame:** 3470/0797  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 16
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CHARMS MARKETING COMPANY  **Exec Dt:** 01/19/2007
**Entity Type:** CORPORATION
**Citizenship:** ILLINOIS

**Assignee:** CGC, INC.
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** DOUGLAS R. WOLF
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

### Assignment: 6

**Reel/Frame:** 3470/0867  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 16
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CGC, INC.  **Exec Dt:** 01/19/2007
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** TOOTSIE ROLL INDUSTRIES, INC.
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629
**Entity Type:** CORPORATION
**Citizenship:** VIRGINIA

**Correspondent:** DOUGLAS R. WOLF
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

### Assignment: 7

**Reel/Frame:** 3470/0883  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 16
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** TOOTSIE ROLL INDUSTRIES, INC.  **Exec Dt:** 01/19/2007
**Entity Type:** CORPORATION
**Citizenship:** VIRGINIA

**Assignee:** TOOTSIE ROLL INDUSTRIES, LLC
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** ILLINOIS

**Correspondent:** DOUGLAS R. WOLF
600
BOSTON, MA 02210-2206

Search Results as of: 11/08/2011 10:25 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.2
Web interface last modified: July 25, 2011 v.2.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

http://assignments.uspto.gov/assignments/q?db=tm&sno=73410574    11/8/2011