# Exhibit F

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2011-11-08 10:25:23 ET

**Serial Number:** 73432647 <u>Assignment Information</u>   <u>Trademark Document Retrieval</u>

**Registration Number:** 1342996

**Mark**



**(words only):** TOOTSIE

**Standard Character claim:** No

**Current Status:** The registration has been renewed.

**Date of Status:** 2005-06-24

**Filing Date:** 1983-06-30

**Transformed into a National Application:** No

**Registration Date:** 1985-06-18

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

**Current Location:** 830 -Post Registration

**Date In Location:** 2005-06-24

---
### LAST APPLICANT(S)/OWNER(S) OF RECORD
---

1. Tootsie Roll Industries, Inc.

**Address:**
Tootsie Roll Industries, Inc.
7401 S. Cicero Ave.
Chicago, IL 60629
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Virginia

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active
Candy
**Basis:** 1(a)
**First Use Date:** 1983-03-31
**First Use in Commerce Date:** 1983-03-31

## ADDITIONAL INFORMATION

**Description of Mark:** The dotted outline indicates the trademark in the upper left-hand corner of a box or container. The container may vary in size; no claim is made to the container.

**Design Search Code(s):**
26.11.12 - Rectangles with bars, bands and lines
26.11.20 - Rectangles inside one another
26.11.21 - Rectangles that are completely or partially shaded

**Prior Registration Number(s):**
62179
1198147

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-02-07 - Assignment Of Ownership Not Updated Automatically

2005-06-24 - First renewal 10 year

2005-06-24 - Section 8 (10-year) accepted/ Section 9 granted

2005-06-24 - Assigned To Paralegal

2005-04-29 - Combined Section 8 (10-year)/Section 9 filed

2005-04-29 - PAPER RECEIVED

1990-11-02 - Section 8 (6-year) accepted & Section 15 acknowledged

1990-10-29 - Response received for Post Registration action

1990-09-28 - Post Registration action mailed Section 8 & 15

1990-07-30 - Section 8 (6-year) and Section 15 Filed

1985-06-18 - Registered - Principal Register

1985-04-09 - Published for opposition

1985-03-21 - Notice of publication

1984-08-21 - Approved for Pub - Principal Register (Initial exam)

1984-07-16 - Communication received from applicant

1984-05-23 - Final refusal mailed

1984-04-16 - Assigned To Examiner

1984-03-19 - Communication received from applicant

1984-02-15 - Non-final action mailed

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
DOUGLAS R. WOLF

**Correspondent**
DOUGLAS R. WOLF
WOLF GREENFIELD & SACKS, P.C..
600 ATLANTIC AVENUE
BOSTON, MA 02110-2206




United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 7**
  **Serial #:** 73432647  **Filing Dt:** 06/30/1983  **Reg #:** 1342996  **Reg. Dt:** 06/18/1985
  **Registrant:** Tootsie Roll Industries, Inc.
  **Mark:** TOOTSIE

**Assignment: 1**
  **Reel/Frame:** 3470/0568  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 10
  **Conveyance:** ASSIGNS THE ENTIRE INTEREST
  **Assignor:** TOOTSIE ROLL INDUSTRIES, INC.  **Exec Dt:** 01/19/2007
    **Entity Type:** CORPORATION
    **Citizenship:** VIRGINIA
  **Assignee:** CGC, INC.  **Entity Type:** CORPORATION
    7401 SOUTH CICERO AVENUE  **Citizenship:** DELAWARE
    CHICAGO, ILLINOIS 60629
  **Correspondent:** DOUGLAS R. WOLF
    600 ATLANTIC AVENUE
    BOSTON, MA 02210-2206

**Assignment: 2**
  **Reel/Frame:** 3470/0578  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 10
  **Conveyance:** ASSIGNS THE ENTIRE INTEREST
  **Assignor:** CGC, INC.  **Exec Dt:** 01/19/2007
    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE
  **Assignee:** CHARMS MARKETING COMPANY  **Entity Type:** CORPORATION
    7401 SOUTH CICERO AVENUE  **Citizenship:** ILLINOIS
    CHICAGO, ILLINOIS 60629
  **Correspondent:** DOUGLAS R. WOLF
    600 ATLANTIC AVENUE
    BOSTON, MA 02210-2206

**Assignment: 3**
  **Reel/Frame:** 3470/0600  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 14
  **Conveyance:** ASSIGNS THE ENTIRE INTEREST
  **Assignor:** CHARMS MARKETING COMPANY  **Exec Dt:** 01/19/2007
    **Entity Type:** CORPORATION
    **Citizenship:** ILLINOIS
  **Assignee:** TOOTSIE ROLL BRANDS LLC  **Entity Type:** LIMITED LIABILITY COMPANY
    7401 SOUTH CICERO AVENUE  **Citizenship:** DELAWARE
    CHICAGO, ILLINOIS 60629
  **Correspondent:** DOUGLAS R. WOLF
    600 ATLANTIC AVENUE
    BOSTON, MA 02210-2206

**Assignment: 4**
  **Reel/Frame:** 3470/0771  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 16
  **Conveyance:** ASSIGNS THE ENTIRE INTEREST
  **Assignor:** TOOTSIE ROLL BRANDS LLC  **Exec Dt:** 01/19/2007
    **Entity Type:**

|  |  |
|---|---|
|  | **Entity Type:** LIMITED LIABILITY COMPANY |
|  | **Citizenship:** DELAWARE |
| **Assignee:** CHARMS MARKETING COMPANY | **Entity Type:** CORPORATION |
| 7401 SOUTH CICERO AVENUE | **Citizenship:** ILLINOIS |
| CHICAGO, ILLINOIS 60629 |  |
| **Correspondent:** DOUGLAS R. WOLF |  |
| 600 ATLANTIC AVENUE |  |
| BOSTON, MA 02210-2206 |  |

**Assignment: 5**

**Reel/Frame:** 3470/0797    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 16

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CHARMS MARKETING COMPANY

    **Exec Dt:** 01/19/2007
    **Entity Type:** CORPORATION
    **Citizenship:** ILLINOIS

**Assignee:** CGC, INC.
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629

    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

**Correspondent:** DOUGLAS R. WOLF
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

**Assignment: 6**

**Reel/Frame:** 3470/0867    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 16

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CGC, INC.

    **Exec Dt:** 01/19/2007
    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

**Assignee:** TOOTSIE ROLL INDUSTRIES, INC.
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629

    **Entity Type:** CORPORATION
    **Citizenship:** VIRGINIA

**Correspondent:** DOUGLAS R. WOLF
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

**Assignment: 7**

**Reel/Frame:** 3470/0883    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 16

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** TOOTSIE ROLL INDUSTRIES, INC.

    **Exec Dt:** 01/19/2007
    **Entity Type:** CORPORATION
    **Citizenship:** VIRGINIA

**Assignee:** TOOTSIE ROLL INDUSTRIES, LLC
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629

    **Entity Type:** LIMITED LIABILITY COMPANY
    **Citizenship:** ILLINOIS

**Correspondent:** DOUGLAS R. WOLF
600
BOSTON, MA 02210-2206

Search Results as of: 11/08/2011 10:25 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.2
Web interface last modified: July 25, 2011 v.2.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT