# Exhibit G

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-11-08 10:25:37 ET

**Serial Number:** 73493055 Assignment Information     Trademark Document Retrieval

**Registration Number:** 1369332

**Mark(words only):** TOOTSIE ROLL

**Standard Character claim:** No

**Current Status:** The registration has been renewed.

**Date of Status:** 2005-10-19

**Filing Date:** 1984-08-02

**Transformed into a National Application:** No

**Registration Date:** 1985-11-05

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** L40 -TMEG Law Office 104

**Date In Location:** 2006-01-23

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. TOOTSIE ROLL INDUSTRIES, INC.

**Address:**
TOOTSIE ROLL INDUSTRIES, INC.
7401 SOUTH CICERO AVENUE
CHICAGO, IL 60629
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Virginia

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active
CANDY
**Basis:** 1(a)
**First Use Date:** 1908-09-00
**First Use in Commerce Date:** 1908-09-00

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
199794
623182
948288
949931
949937
963446
1015910
1043598
1126746
1219331
1276819
1302714

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-02-12 - Notice Of Suit

2007-02-07 - Assignment Of Ownership Not Updated Automatically

2006-01-19 - Case File In TICRS

2005-10-19 - First renewal 10 year

2005-10-19 - Section 8 (10-year) accepted/ Section 9 granted

2005-10-18 - Assigned To Paralegal

2005-09-09 - Combined Section 8 (10-year)/Section 9 filed

2005-09-09 - PAPER RECEIVED

1991-12-11 - Section 8 (6-year) accepted & Section 15 acknowledged

1991-08-07 - Section 8 (6-year) and Section 15 Filed

1985-11-05 - Registered - Principal Register

1985-08-27 - Published for opposition

1985-07-28 - Notice of publication

1985-06-05 - Approved for Pub - Principal Register (Initial exam)

1985-06-03 - Examiner's amendment mailed

1985-05-31 - Allowance/count withdrawn

1985-05-03 - Assigned To Examiner

1985-03-06 - Communication received from applicant

1985-01-29 - Non-final action mailed

1984-11-01 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
DOUGLAS R. WOLF

**Correspondent**
DOUGLAS R. WOLF
WOLF GREENFIELD & SACKS PC
FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE
BOSTON MA 02210-2206



United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 7**
  **Serial #:** 73493055    **Filing Dt:** 08/02/1984    **Reg #:** 1369332    **Reg. Dt:** 11/05/1985
  **Registrant:** TOOTSIE ROLL INDUSTRIES, INC.
  **Mark:** TOOTSIE ROLL

**Assignment: 1**
  **Reel/Frame:** 3470/0568    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 10
  **Conveyance:** ASSIGNS THE ENTIRE INTEREST
  **Assignor:** TOOTSIE ROLL INDUSTRIES, INC.    **Exec Dt:** 01/19/2007
                                                  **Entity Type:** CORPORATION
                                                  **Citizenship:** VIRGINIA
  **Assignee:** CGC, INC.    **Entity Type:** CORPORATION
            7401 SOUTH CICERO AVENUE    **Citizenship:** DELAWARE
            CHICAGO, ILLINOIS 60629
  **Correspondent:** DOUGLAS R. WOLF
                600 ATLANTIC AVENUE
                BOSTON, MA 02210-2206

**Assignment: 2**
  **Reel/Frame:** 3470/0578    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 10
  **Conveyance:** ASSIGNS THE ENTIRE INTEREST
  **Assignor:** CGC, INC.    **Exec Dt:** 01/19/2007
                              **Entity Type:** CORPORATION
                              **Citizenship:** DELAWARE
  **Assignee:** CHARMS MARKETING COMPANY    **Entity Type:** CORPORATION
            7401 SOUTH CICERO AVENUE    **Citizenship:** ILLINOIS
            CHICAGO, ILLINOIS 60629
  **Correspondent:** DOUGLAS R. WOLF
                600 ATLANTIC AVENUE
                BOSTON, MA 02210-2206

**Assignment: 3**
  **Reel/Frame:** 3470/0600    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 14
  **Conveyance:** ASSIGNS THE ENTIRE INTEREST
  **Assignor:** CHARMS MARKETING COMPANY    **Exec Dt:** 01/19/2007
                                              **Entity Type:** CORPORATION
                                              **Citizenship:** ILLINOIS
  **Assignee:** TOOTSIE ROLL BRANDS LLC    **Entity Type:** LIMITED LIABILITY COMPANY
            7401 SOUTH CICERO AVENUE    **Citizenship:** DELAWARE
            CHICAGO, ILLINOIS 60629
  **Correspondent:** DOUGLAS R. WOLF
                600 ATLANTIC AVENUE
                BOSTON, MA 02210-2206

**Assignment: 4**
  **Reel/Frame:** 3470/0771    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 16
  **Conveyance:** ASSIGNS THE ENTIRE INTEREST
  **Assignor:** TOOTSIE ROLL BRANDS LLC    **Exec Dt:** 01/19/2007
                                            **Entity Type:**

|  |  |
|---|---|
| | **Entity Type:** LIMITED LIABILITY COMPANY |
| | **Citizenship:** DELAWARE |
| **Assignee:** CHARMS MARKETING COMPANY | **Entity Type:** CORPORATION |
| 7401 SOUTH CICERO AVENUE | **Citizenship:** ILLINOIS |
| CHICAGO, ILLINOIS 60629 | |
| **Correspondent:** DOUGLAS R. WOLF | |
| 600 ATLANTIC AVENUE | |
| BOSTON, MA 02210-2206 | |

### Assignment: 5

| | | | |
|---|---|---|---|
| **Reel/Frame:** 3470/0797 | **Received:** 01/30/2007 | **Recorded:** 01/30/2007 | **Pages:** 16 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | | |
| **Assignor:** CHARMS MARKETING COMPANY | | **Exec Dt:** 01/19/2007 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** ILLINOIS | |
| **Assignee:** CGC, INC. | | **Entity Type:** CORPORATION | |
| 7401 SOUTH CICERO AVENUE | | **Citizenship:** DELAWARE | |
| CHICAGO, ILLINOIS 60629 | | | |
| **Correspondent:** DOUGLAS R. WOLF | | | |
| 600 ATLANTIC AVENUE | | | |
| BOSTON, MA 02210-2206 | | | |

### Assignment: 6

| | | | |
|---|---|---|---|
| **Reel/Frame:** 3470/0867 | **Received:** 01/30/2007 | **Recorded:** 01/30/2007 | **Pages:** 16 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | | |
| **Assignor:** CGC, INC. | | **Exec Dt:** 01/19/2007 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** DELAWARE | |
| **Assignee:** TOOTSIE ROLL INDUSTRIES, INC. | | **Entity Type:** CORPORATION | |
| 7401 SOUTH CICERO AVENUE | | **Citizenship:** VIRGINIA | |
| CHICAGO, ILLINOIS 60629 | | | |
| **Correspondent:** DOUGLAS R. WOLF | | | |
| 600 ATLANTIC AVENUE | | | |
| BOSTON, MA 02210-2206 | | | |

### Assignment: 7

| | | | |
|---|---|---|---|
| **Reel/Frame:** 3470/0883 | **Received:** 01/30/2007 | **Recorded:** 01/30/2007 | **Pages:** 16 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | | |
| **Assignor:** TOOTSIE ROLL INDUSTRIES, INC. | | **Exec Dt:** 01/19/2007 | |
| | | **Entity Type:** CORPORATION | |
| | | **Citizenship:** VIRGINIA | |
| **Assignee:** TOOTSIE ROLL INDUSTRIES, LLC | | **Entity Type:** LIMITED LIABILITY COMPANY | |
| 7401 SOUTH CICERO AVENUE | | **Citizenship:** ILLINOIS | |
| CHICAGO, ILLINOIS 60629 | | | |
| **Correspondent:** DOUGLAS R. WOLF | | | |
| 600 | | | |
| BOSTON, MA 02210-2206 | | | |

Search Results as of: 11/08/2011 10:25 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.2
Web interface last modified: July 25, 2011 v.2.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT