# Exhibit H

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-11-08 10:25:49 ET

Serial Number: 73598026 Assignment Information          Trademark Document Retrieval

Registration Number: 1434879

Mark



(words only): TOOTSIE

Standard Character claim: No

Current Status: The registration has been renewed.

Date of Status: 2006-07-10

Filing Date: 1986-05-12

Transformed into a National Application: No

Registration Date: 1987-03-31

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 830 -Post Registration

Date In Location: 2007-04-11

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. TOOTSIE ROLL INDUSTRIES, LLC

**Address:**
TOOTSIE ROLL INDUSTRIES, LLC
7401 SOUTH CICERO AVENUE
CHICAGO, IL 60629
United States
**Legal Entity Type:** Limited Liability Company
**State or Country Where Organized:** Illinois

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active
CANDY
**Basis:** 1(a)
**First Use Date:** 1983-03-31
**First Use in Commerce Date:** 1983-03-31

## ADDITIONAL INFORMATION

**Design Search Code(s):**
08.03.03 - Wrapped candies (bite size)
26.11.12 - Rectangles with bars, bands and lines
26.11.21 - Rectangles that are completely or partially shaded

**Prior Registration Number(s):**
406396
525713
864983
963446
1043598
1324905

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2008-11-05 - Review Of Correspondence Complete

2008-02-12 - Notice Of Suit

2007-04-11 - Assigned To Paralegal

2007-03-12 - Combined Section 8 (10-year)/Section 9 filed

2007-03-12 - PAPER RECEIVED

2007-02-07 - Assignment Of Ownership Not Updated Automatically

2006-10-27 - Case File In TICRS

2006-07-10 - First renewal 10 year

2006-07-10 - Section 8 (10-year) accepted/ Section 9 granted

2006-07-10 - Assigned To Paralegal

2006-05-03 - Combined Section 8 (10-year)/Section 9 filed

2006-05-03 - TEAS Section 8 & 9 Received

1993-03-23 - Section 8 (6-year) accepted & Section 15 acknowledged

1992-12-10 - Section 8 (6-year) and Section 15 Filed

1987-03-31 - Registered - Principal Register

1987-01-06 - Published for opposition

1986-12-07 - Notice of publication

1986-10-08 - Communication received from applicant

1986-10-08 - Communication received from applicant

1986-10-08 - Approved for Pub - Principal Register (Initial exam)

1986-10-08 - Examiner's amendment mailed

1986-08-05 - Non-final action mailed

1986-07-29 - Assigned To Examiner

1986-07-22 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
DOUGLAS R. WOLF

**Correspondent**
DOUGLAS R WOLF
WOLF, GREENFIELD & SACKS PC
600 ATLANTIC AVENUE
FEDERAL RESERVE PLAZA
BOSTON, MA 02210-2206



United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 7**

**Serial #:** 73598026  **Filing Dt:** 05/12/1986  **Reg #:** 1434879  **Reg. Dt:** 03/31/1987
**Registrant:** TOOTSIE ROLL INDUSTRIES, INC.
**Mark:** TOOTSIE

**Assignment: 1**
**Reel/Frame:** 3470/0568  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 10
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** TOOTSIE ROLL INDUSTRIES, INC.  **Exec Dt:** 01/19/2007
  **Entity Type:** CORPORATION
  **Citizenship:** VIRGINIA
**Assignee:** CGC, INC.  **Entity Type:** CORPORATION
  7401 SOUTH CICERO AVENUE  **Citizenship:** DELAWARE
  CHICAGO, ILLINOIS 60629
**Correspondent:** DOUGLAS R. WOLF
  600 ATLANTIC AVENUE
  BOSTON, MA 02210-2206

**Assignment: 2**
**Reel/Frame:** 3470/0578  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 10
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CGC, INC.  **Exec Dt:** 01/19/2007
  **Entity Type:** CORPORATION
  **Citizenship:** DELAWARE
**Assignee:** CHARMS MARKETING COMPANY  **Entity Type:** CORPORATION
  7401 SOUTH CICERO AVENUE  **Citizenship:** ILLINOIS
  CHICAGO, ILLINOIS 60629
**Correspondent:** DOUGLAS R. WOLF
  600 ATLANTIC AVENUE
  BOSTON, MA 02210-2206

**Assignment: 3**
**Reel/Frame:** 3470/0600  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 14
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CHARMS MARKETING COMPANY  **Exec Dt:** 01/19/2007
  **Entity Type:** CORPORATION
  **Citizenship:** ILLINOIS
**Assignee:** TOOTSIE ROLL BRANDS LLC  **Entity Type:** LIMITED LIABILITY COMPANY
  7401 SOUTH CICERO AVENUE  **Citizenship:** DELAWARE
  CHICAGO, ILLINOIS 60629
**Correspondent:** DOUGLAS R. WOLF
  600 ATLANTIC AVENUE
  BOSTON, MA 02210-2206

**Assignment: 4**
**Reel/Frame:** 3470/0771  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 16
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** TOOTSIE ROLL BRANDS LLC  **Exec Dt:** 01/19/2007
  **Entity Type:**

|         |                                                                                               |
| ------- | --------------------------------------------------------------------------------------------- |
| Assignee: | CHARMS MARKETING COMPANY<br>7401 SOUTH CICERO AVENUE<br>CHICAGO, ILLINOIS 60629 |
| Correspondent: | DOUGLAS R. WOLF<br>600 ATLANTIC AVENUE<br>BOSTON, MA 02210-2206 |

LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE
**Entity Type:** CORPORATION
**Citizenship:** ILLINOIS

### Assignment: 5

**Reel/Frame:** 3470/0797    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 16
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CHARMS MARKETING COMPANY
  **Exec Dt:** 01/19/2007
  **Entity Type:** CORPORATION
  **Citizenship:** ILLINOIS

**Assignee:** CGC, INC.
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629
  **Entity Type:** CORPORATION
  **Citizenship:** DELAWARE

**Correspondent:** DOUGLAS R. WOLF
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

### Assignment: 6

**Reel/Frame:** 3470/0867    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 16
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CGC, INC.
  **Exec Dt:** 01/19/2007
  **Entity Type:** CORPORATION
  **Citizenship:** DELAWARE

**Assignee:** TOOTSIE ROLL INDUSTRIES, INC.
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629
  **Entity Type:** CORPORATION
  **Citizenship:** VIRGINIA

**Correspondent:** DOUGLAS R. WOLF
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

### Assignment: 7

**Reel/Frame:** 3470/0883    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 16
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** TOOTSIE ROLL INDUSTRIES, INC.
  **Exec Dt:** 01/19/2007
  **Entity Type:** CORPORATION
  **Citizenship:** VIRGINIA

**Assignee:** TOOTSIE ROLL INDUSTRIES, LLC
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629
  **Entity Type:** LIMITED LIABILITY COMPANY
  **Citizenship:** ILLINOIS

**Correspondent:** DOUGLAS R. WOLF
600
BOSTON, MA 02210-2206

Search Results as of: 11/08/2011 10:25 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.2
Web interface last modified: July 25, 2011 v.2.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT