# Exhibit I

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-11-08 10:26:16 ET

Serial Number: 73656212 Assignment Information        Trademark Document Retrieval

Registration Number: 1468554

Mark



(words only): TOOTSIE ROLL

Standard Character claim: No

Current Status: The registration has been renewed.

Date of Status: 2007-04-11

Filing Date: 1987-04-20

Transformed into a National Application: No

Registration Date: 1987-12-08

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 40S -Scanning On Demand

Date In Location: 2007-05-03

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. TOOTSIE ROLL INDUSTRIES, INC.

**Address:**
TOOTSIE ROLL INDUSTRIES, INC.
7401 S. CICERO AVENUE
CHICAGO, IL 60629
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Virginia

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active
CANDY
**Basis:** 1(a)
**First Use Date:** 1983-03-31
**First Use in Commerce Date:** 1983-03-31

## ADDITIONAL INFORMATION

**Lining and Stippling:** THE DRAWING IS LINED FOR THE COLORS ORANGE AND BROWN.

**Design Search Code(s):**
08.03.03 - Wrapped candies (bite size)
26.11.12 - Rectangles with bars, bands and lines
26.11.21 - Rectangles that are completely or partially shaded

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-02-12 - Notice Of Suit

2007-05-03 - Case File In TICRS

2007-04-11 - First renewal 10 year

2007-04-11 - Section 8 (10-year) accepted/ Section 9 granted

2007-03-28 - Assigned To Paralegal

2007-02-14 - Combined Section 8 (10-year)/Section 9 filed

2007-02-14 - TEAS Section 8 & 9 Received

2007-02-07 - Assignment Of Ownership Not Updated Automatically

1993-12-07 - Section 8 (6-year) accepted & Section 15 acknowledged

1993-07-29 - Section 8 (6-year) and Section 15 Filed

1987-12-08 - Registered - Principal Register

1987-09-15 - Published for opposition

1987-08-14 - Notice of publication

1987-06-30 - Approved for Pub - Principal Register (Initial exam)

1987-06-26 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
DAVID R. WOLF

**Correspondent**
DAVID R. WOLF
WOLF, GREENFIELD & SACKS, PC
600 ATLANTIC AVE
BOSTON, MA 02210



United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments:** 7

| | | | |
|---|---|---|---|
| **Serial #:** 73656212 | **Filing Dt:** 04/20/1987 | **Reg #:** 1468554 | **Reg. Dt:** 12/08/1987 |

**Registrant:** TOOTSIE ROLL INDUSTRIES, INC.
**Mark:** TOOTSIE ROLL

### Assignment: 1
**Reel/Frame:** 3470/0568  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 10
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** TOOTSIE ROLL INDUSTRIES, INC.
 **Exec Dt:** 01/19/2007
 **Entity Type:** CORPORATION
 **Citizenship:** VIRGINIA
**Assignee:** CGC, INC.
 7401 SOUTH CICERO AVENUE
 CHICAGO, ILLINOIS 60629
 **Entity Type:** CORPORATION
 **Citizenship:** DELAWARE
**Correspondent:** DOUGLAS R. WOLF
 600 ATLANTIC AVENUE
 BOSTON, MA 02210-2206

### Assignment: 2
**Reel/Frame:** 3470/0578  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 10
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CGC, INC.
 **Exec Dt:** 01/19/2007
 **Entity Type:** CORPORATION
 **Citizenship:** DELAWARE
**Assignee:** CHARMS MARKETING COMPANY
 7401 SOUTH CICERO AVENUE
 CHICAGO, ILLINOIS 60629
 **Entity Type:** CORPORATION
 **Citizenship:** ILLINOIS
**Correspondent:** DOUGLAS R. WOLF
 600 ATLANTIC AVENUE
 BOSTON, MA 02210-2206

### Assignment: 3
**Reel/Frame:** 3470/0600  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 14
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CHARMS MARKETING COMPANY
 **Exec Dt:** 01/19/2007
 **Entity Type:** CORPORATION
 **Citizenship:** ILLINOIS
**Assignee:** TOOTSIE ROLL BRANDS LLC
 7401 SOUTH CICERO AVENUE
 CHICAGO, ILLINOIS 60629
 **Entity Type:** LIMITED LIABILITY COMPANY
 **Citizenship:** DELAWARE
**Correspondent:** DOUGLAS R. WOLF
 600 ATLANTIC AVENUE
 BOSTON, MA 02210-2206

### Assignment: 4
**Reel/Frame:** 3470/0771  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 16
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** TOOTSIE ROLL BRANDS LLC
 **Exec Dt:** 01/19/2007
 **Entity Type:**

|  |  |
|---|---|
|  | **Entity Type:** LIMITED LIABILITY COMPANY |
|  | **Citizenship:** DELAWARE |
| **Assignee:** CHARMS MARKETING COMPANY | **Entity Type:** CORPORATION |
| 7401 SOUTH CICERO AVENUE | **Citizenship:** ILLINOIS |
| CHICAGO, ILLINOIS 60629 |  |
| **Correspondent:** DOUGLAS R. WOLF |  |
| 600 ATLANTIC AVENUE |  |
| BOSTON, MA 02210-2206 |  |

**Assignment: 5**

**Reel/Frame:** 3470/0797   **Received:** 01/30/2007   **Recorded:** 01/30/2007   **Pages:** 16
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CHARMS MARKETING COMPANY
 **Exec Dt:** 01/19/2007
 **Entity Type:** CORPORATION
 **Citizenship:** ILLINOIS

**Assignee:** CGC, INC.
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629
 **Entity Type:** CORPORATION
 **Citizenship:** DELAWARE
**Correspondent:** DOUGLAS R. WOLF
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

**Assignment: 6**

**Reel/Frame:** 3470/0867   **Received:** 01/30/2007   **Recorded:** 01/30/2007   **Pages:** 16
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CGC, INC.
 **Exec Dt:** 01/19/2007
 **Entity Type:** CORPORATION
 **Citizenship:** DELAWARE

**Assignee:** TOOTSIE ROLL INDUSTRIES, INC.
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629
 **Entity Type:** CORPORATION
 **Citizenship:** VIRGINIA
**Correspondent:** DOUGLAS R. WOLF
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

**Assignment: 7**

**Reel/Frame:** 3470/0883   **Received:** 01/30/2007   **Recorded:** 01/30/2007   **Pages:** 16
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** TOOTSIE ROLL INDUSTRIES, INC.
 **Exec Dt:** 01/19/2007
 **Entity Type:** CORPORATION
 **Citizenship:** VIRGINIA

**Assignee:** TOOTSIE ROLL INDUSTRIES, LLC
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629
 **Entity Type:** LIMITED LIABILITY COMPANY
 **Citizenship:** ILLINOIS
**Correspondent:** DOUGLAS R. WOLF
600
BOSTON, MA 02210-2206

Search Results as of: 11/08/2011 10:26 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.2
Web interface last modified: July 25, 2011 v.2.2

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

http://assignments.uspto.gov/assignments/q?db=tm&sno=73656212        11/8/2011