# Exhibit J

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-11-08 10:26:28 ET

**Serial Number:** 74044922  Assignment Information    Trademark Document Retrieval

**Registration Number:** 1635634

**Mark(words only):** TOOTSIE ROLL POPS

**Standard Character claim:** No

**Current Status:** The registration has been renewed.

**Date of Status:** 2010-03-02

**Filing Date:** 1990-04-02

**Transformed into a National Application:** No

**Registration Date:** 1991-02-19

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** (NOT AVAILABLE)

**Date In Location:** 2010-03-02

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Tootsie Roll Industries, Inc.

**Address:**
Tootsie Roll Industries, Inc.
7401 South Cicero Avenue
Chicago, IL 60629
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Virginia

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active
lollipops
**Basis:** 1(a)
**First Use Date:** 1990-01-01
**First Use in Commerce Date:** 1990-01-01

## ADDITIONAL INFORMATION

**Disclaimer:** "POPS"

**Prior Registration Number(s):**
1482554

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2010-03-02 - Second renewal 10 year

2010-03-02 - Section 8 (10-year) accepted/ Section 9 granted

2010-02-22 - TEAS Section 8 & 9 Received

2008-02-12 - Notice Of Suit

2007-10-25 - Case File In TICRS

2007-02-07 - Assignment Of Ownership Not Updated Automatically

2000-09-08 - First renewal 10 year

2000-09-08 - Section 8 (10-year) accepted/ Section 9 granted

2000-03-16 - Combined Section 8 (10-year)/Section 9 filed

1996-08-02 - Section 8 (6-year) accepted & Section 15 acknowledged

1996-05-09 - Section 8 (6-year) and Section 15 Filed

1991-02-19 - Registered - Principal Register

1990-11-27 - Published for opposition

1990-10-27 - Notice of publication

1990-09-17 - Approved for Pub - Principal Register (Initial exam)

1990-08-30 - Examiner's amendment mailed

1990-08-27 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Douglas R. Wolf

**Correspondent**
Douglas R. Wolf
WOLF, WOLF, GREENFIELD & SACKS, P.C.
600 ATLANTIC AVENUE
BOSTON MA 02210-2211
Phone Number: 617-646-8000
Fax Number: 617-646-8646

 

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 7**

| | |
|---|---|
| **Serial #:** 74044922 **Filing Dt:** 04/02/1990 | **Reg #:** 1635634 **Reg. Dt:** 02/19/1991 |
| **Registrant:** Tootsie Roll Industries, Inc. | |
| **Mark:** TOOTSIE ROLL POPS | |

**Assignment: 1**
**Reel/Frame:** 3470/0568 **Received:** 01/30/2007 **Recorded:** 01/30/2007 **Pages:** 10
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** TOOTSIE ROLL INDUSTRIES, INC.
  **Exec Dt:** 01/19/2007
  **Entity Type:** CORPORATION
  **Citizenship:** VIRGINIA
**Assignee:** CGC, INC.
  7401 SOUTH CICERO AVENUE
  CHICAGO, ILLINOIS 60629
  **Entity Type:** CORPORATION
  **Citizenship:** DELAWARE
**Correspondent:** DOUGLAS R. WOLF
  600 ATLANTIC AVENUE
  BOSTON, MA 02210-2206

**Assignment: 2**
**Reel/Frame:** 3470/0578 **Received:** 01/30/2007 **Recorded:** 01/30/2007 **Pages:** 10
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CGC, INC.
  **Exec Dt:** 01/19/2007
  **Entity Type:** CORPORATION
  **Citizenship:** DELAWARE
**Assignee:** CHARMS MARKETING COMPANY
  7401 SOUTH CICERO AVENUE
  CHICAGO, ILLINOIS 60629
  **Entity Type:** CORPORATION
  **Citizenship:** ILLINOIS
**Correspondent:** DOUGLAS R. WOLF
  600 ATLANTIC AVENUE
  BOSTON, MA 02210-2206

**Assignment: 3**
**Reel/Frame:** 3470/0600 **Received:** 01/30/2007 **Recorded:** 01/30/2007 **Pages:** 14
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CHARMS MARKETING COMPANY
  **Exec Dt:** 01/19/2007
  **Entity Type:** CORPORATION
  **Citizenship:** ILLINOIS
**Assignee:** TOOTSIE ROLL BRANDS LLC
  7401 SOUTH CICERO AVENUE
  CHICAGO, ILLINOIS 60629
  **Entity Type:** LIMITED LIABILITY COMPANY
  **Citizenship:** DELAWARE
**Correspondent:** DOUGLAS R. WOLF
  600 ATLANTIC AVENUE
  BOSTON, MA 02210-2206

**Assignment: 4**
**Reel/Frame:** 3470/0771 **Received:** 01/30/2007 **Recorded:** 01/30/2007 **Pages:** 16
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** TOOTSIE ROLL BRANDS LLC
  **Exec Dt:** 01/19/2007
  **Entity Type:**

|  |  |
|---|---|
| **Assignee:** CHARMS MARKETING COMPANY<br>7401 SOUTH CICERO AVENUE<br>CHICAGO, ILLINOIS 60629 | **Entity Type:** LIMITED LIABILITY COMPANY<br>**Citizenship:** DELAWARE<br>**Entity Type:** CORPORATION<br>**Citizenship:** ILLINOIS |
| **Correspondent:** DOUGLAS R. WOLF<br>600 ATLANTIC AVENUE<br>BOSTON, MA 02210-2206 | |

### Assignment: 5

**Reel/Frame:** 3470/0797  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 16

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CHARMS MARKETING COMPANY
  **Exec Dt:** 01/19/2007
  **Entity Type:** CORPORATION
  **Citizenship:** ILLINOIS

**Assignee:** CGC, INC.
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629
  **Entity Type:** CORPORATION
  **Citizenship:** DELAWARE

**Correspondent:** DOUGLAS R. WOLF
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

### Assignment: 6

**Reel/Frame:** 3470/0867  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 16

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CGC, INC.
  **Exec Dt:** 01/19/2007
  **Entity Type:** CORPORATION
  **Citizenship:** DELAWARE

**Assignee:** TOOTSIE ROLL INDUSTRIES, INC.
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629
  **Entity Type:** CORPORATION
  **Citizenship:** VIRGINIA

**Correspondent:** DOUGLAS R. WOLF
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

### Assignment: 7

**Reel/Frame:** 3470/0883  **Received:** 01/30/2007  **Recorded:** 01/30/2007  **Pages:** 16

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** TOOTSIE ROLL INDUSTRIES, INC.
  **Exec Dt:** 01/19/2007
  **Entity Type:** CORPORATION
  **Citizenship:** VIRGINIA

**Assignee:** TOOTSIE ROLL INDUSTRIES, LLC
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629
  **Entity Type:** LIMITED LIABILITY COMPANY
  **Citizenship:** ILLINOIS

**Correspondent:** DOUGLAS R. WOLF
600
BOSTON, MA 02210-2206

Search Results as of: 11/08/2011 10:26 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.2
Web interface last modified: July 25, 2011 v.2.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT