# Exhibit K

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-11-08 10:26:39 ET

**Serial Number:** 74661278  Assignment Information    Trademark Document Retrieval

**Registration Number:** 1988251

**Mark(words only):** TOOTSIE ROLL

**Standard Character claim:** No

**Current Status:** The registration has been renewed.

**Date of Status:** 2006-02-27

**Filing Date:** 1995-04-14

**Transformed into a National Application:** No

**Registration Date:** 1996-07-23

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2006-07-20

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Tootsie Roll Industries, Inc.

**Address:**
Tootsie Roll Industries, Inc.
7401 South Cicero Avenue
Chicago, IL 60629
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Virginia

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active
house mark for candy
**Basis:** 1(a)
**First Use Date:** 1912-00-00
**First Use in Commerce Date:** 1912-00-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-02-07 - Assignment Of Ownership Not Updated Automatically

2006-07-20 - Case File In TICRS

2006-03-29 - Assignment Of Ownership Not Updated Automatically

2006-02-27 - First renewal 10 year

2006-02-27 - Section 8 (10-year) accepted/ Section 9 granted

2006-02-21 - Assigned To Paralegal

2005-12-22 - Combined Section 8 (10-year)/Section 9 filed

2005-12-22 - PAPER RECEIVED

2002-07-12 - Section 8 (6-year) accepted & Section 15 acknowledged

2002-05-31 - Post Registration action mailed Section 8 & 15

2002-03-25 - Section 8 (6-year) and Section 15 Filed

2002-03-25 - PAPER RECEIVED

1996-07-23 - Registered - Principal Register

1996-04-30 - Published for opposition

1996-03-29 - Notice of publication

1996-02-21 - Approved for Pub - Principal Register (Initial exam)

1996-02-14 - Examiner's amendment mailed

1996-02-08 - Previous Allowance Count Withdrawn

1996-01-31 - Approved for Pub - Principal Register (Initial exam)

1995-12-26 - Communication received from applicant

1995-11-13 - Non-final action mailed

1995-11-08 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
DOUGLAS R. WOLF
WOLF, GREENFIELD & SACKS, P.C.
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

 United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments:** 9
    **Serial #:** 74661278    **Filing Dt:** 04/14/1995    **Reg #:** 1988251    **Reg. Dt:** 07/23/1996
    **Registrant:** Tootsie Roll Industries, Inc.
    **Mark:** TOOTSIE ROLL

**Assignment: 1**
    **Reel/Frame:** 3236/0032    **Received:** 01/30/2006    **Recorded:** 01/30/2006    **Pages:** 12
    **Conveyance:** SECURITY INTEREST
    **Assignor:** FARLEY & SATHERS CANDY COMPANY, INC.    **Exec Dt:** 12/16/2005
        **Entity Type:** CORPORATION
        **Citizenship:** DELAWARE
    **Assignee:** GENERAL ELECTRIC CAPITAL CORPORATION    **Entity Type:** CORPORATION
        500 MONROE STREET    **Citizenship:** DELAWARE
        CHICAGO, ILLINOIS 60661
    **Correspondent:** ANDREA R. BOUNDS
        191 PEACHTREE STREET
        ATLANTA, GA 30303-1763

**Assignment: 2**
    **Reel/Frame:** 3277/0353    **Received:** 03/28/2006    **Recorded:** 03/28/2006    **Pages:** 23
    **Conveyance:** SECOND LIEN SECURITY INTEREST
    **Assignor:** FARLEY & SATHERS CANDY COMPANY, INC.    **Exec Dt:** 03/24/2006
        **Entity Type:** CORPORATION
        **Citizenship:** DELAWARE
    **Assignee:** GENERAL ELECTRIC CAPITAL CORPORATION    **Entity Type:** CORPORATION
        500 MONROE STREET    **Citizenship:** DELAWARE
        CHICAGO, ILLINOIS 60661
    **Correspondent:** ANDREA R. BOUNDS
        1180 PEACHTREE STREET
        ATLANTA, GA 30309-3521

**Assignment: 3**
    **Reel/Frame:** 3470/0568    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 10
    **Conveyance:** ASSIGNS THE ENTIRE INTEREST
    **Assignor:** TOOTSIE ROLL INDUSTRIES, INC.    **Exec Dt:** 01/19/2007
        **Entity Type:** CORPORATION
        **Citizenship:** VIRGINIA
    **Assignee:** CGC, INC.    **Entity Type:** CORPORATION
        7401 SOUTH CICERO AVENUE    **Citizenship:** DELAWARE
        CHICAGO, ILLINOIS 60629
    **Correspondent:** DOUGLAS R. WOLF
        600 ATLANTIC AVENUE
        BOSTON, MA 02210-2206

**Assignment: 4**
    **Reel/Frame:** 3470/0578    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 10
    **Conveyance:** ASSIGNS THE ENTIRE INTEREST
    **Assignor:** CGC, INC.    **Exec Dt:** 01/19/2007
        **Entity Type:** CORPORATION

| | | | |
|---|---|---|---|
| **Assignee:** | CHARMS MARKETING COMPANY<br>7401 SOUTH CICERO AVENUE<br>CHICAGO, ILLINOIS 60629 | **Citizenship:** | DELAWARE |
| | | **Entity Type:** | CORPORATION |
| | | **Citizenship:** | ILLINOIS |
| **Correspondent:** | DOUGLAS R. WOLF<br>600 ATLANTIC AVENUE<br>BOSTON, MA 02210-2206 | | |

### Assignment: 5

| | | | | | |
|---|---|---|---|---|---|
| **Reel/Frame:** | 3470/0600 | **Received:** 01/30/2007 | **Recorded:** 01/30/2007 | | **Pages:** 14 |
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | | | |
| **Assignor:** | CHARMS MARKETING COMPANY | | **Exec Dt:** | 01/19/2007 | |
| | | | **Entity Type:** | CORPORATION | |
| | | | **Citizenship:** | ILLINOIS | |
| **Assignee:** | TOOTSIE ROLL BRANDS LLC<br>7401 SOUTH CICERO AVENUE<br>CHICAGO, ILLINOIS 60629 | | **Entity Type:** | LIMITED LIABILITY COMPANY | |
| | | | **Citizenship:** | DELAWARE | |
| **Correspondent:** | DOUGLAS R. WOLF<br>600 ATLANTIC AVENUE<br>BOSTON, MA 02210-2206 | | | | |

### Assignment: 6

| | | | | | |
|---|---|---|---|---|---|
| **Reel/Frame:** | 3470/0771 | **Received:** 01/30/2007 | **Recorded:** 01/30/2007 | | **Pages:** 16 |
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | | | |
| **Assignor:** | TOOTSIE ROLL BRANDS LLC | | **Exec Dt:** | 01/19/2007 | |
| | | | **Entity Type:** | LIMITED LIABILITY COMPANY | |
| | | | **Citizenship:** | DELAWARE | |
| **Assignee:** | CHARMS MARKETING COMPANY<br>7401 SOUTH CICERO AVENUE<br>CHICAGO, ILLINOIS 60629 | | **Entity Type:** | CORPORATION | |
| | | | **Citizenship:** | ILLINOIS | |
| **Correspondent:** | DOUGLAS R. WOLF<br>600 ATLANTIC AVENUE<br>BOSTON, MA 02210-2206 | | | | |

### Assignment: 7

| | | | | | |
|---|---|---|---|---|---|
| **Reel/Frame:** | 3470/0797 | **Received:** 01/30/2007 | **Recorded:** 01/30/2007 | | **Pages:** 16 |
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | | | |
| **Assignor:** | CHARMS MARKETING COMPANY | | **Exec Dt:** | 01/19/2007 | |
| | | | **Entity Type:** | CORPORATION | |
| | | | **Citizenship:** | ILLINOIS | |
| **Assignee:** | CGC, INC.<br>7401 SOUTH CICERO AVENUE<br>CHICAGO, ILLINOIS 60629 | | **Entity Type:** | CORPORATION | |
| | | | **Citizenship:** | DELAWARE | |
| **Correspondent:** | DOUGLAS R. WOLF<br>600 ATLANTIC AVENUE<br>BOSTON, MA 02210-2206 | | | | |

### Assignment: 8

| | | | | | |
|---|---|---|---|---|---|
| **Reel/Frame:** | 3470/0867 | **Received:** 01/30/2007 | **Recorded:** 01/30/2007 | | **Pages:** 16 |
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | | | |
| **Assignor:** | CGC, INC. | | **Exec Dt:** | 01/19/2007 | |
| | | | **Entity Type:** | CORPORATION | |
| | | | **Citizenship:** | DELAWARE | |
| **Assignee:** | TOOTSIE ROLL INDUSTRIES, INC.<br>7401 SOUTH CICERO AVENUE<br>CHICAGO, ILLINOIS 60629 | | **Entity Type:** | CORPORATION | |
| | | | **Citizenship:** | VIRGINIA | |
| **Correspondent:** | DOUGLAS R. WOLF | | | | |

        600 ATLANTIC AVENUE
        BOSTON, MA 02210-2206

### Assignment: 9

**Reel/Frame:** 3470/0883     **Received:** 01/30/2007     **Recorded:** 01/30/2007     **Pages:** 16

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** TOOTSIE ROLL INDUSTRIES, INC.     **Exec Dt:** 01/19/2007
       **Entity Type:** CORPORATION
       **Citizenship:** VIRGINIA

**Assignee:** TOOTSIE ROLL INDUSTRIES, LLC     **Entity Type:** LIMITED LIABILITY COMPANY
       7401 SOUTH CICERO AVENUE
       CHICAGO, ILLINOIS 60629     **Citizenship:** ILLINOIS

**Correspondent:** DOUGLAS R. WOLF
       600
       BOSTON, MA 02210-2206

Search Results as of: 11/08/2011 10:26 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.2
Web interface last modified: July 25, 2011 v.2.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT