# Exhibit L

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-11-08 10:26:54 ET

**Serial Number:** 76201627 Assignment Information    Trademark Document Retrieval

**Registration Number:** 2536259

**Mark(words only):** TOOTSIE

**Standard Character claim:** No

**Current Status:** The registration has been renewed.

**Date of Status:** 2011-02-14

**Filing Date:** 2001-01-30

**Transformed into a National Application:** No

**Registration Date:** 2002-02-05

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** (NOT AVAILABLE)

**Date In Location:** 2011-02-14

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. TOOTSIE ROLL INDUSTRIES, LLC

**Address:**
TOOTSIE ROLL INDUSTRIES, LLC
7401 SOUTH CICERO AVE
CHICAGO, IL 60629
United States
**Legal Entity Type:** Limited Liability Company
**State or Country Where Organized:** Illinois

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active
candy
**Basis:** 1(a)
**First Use Date:** 1908-09-00
**First Use in Commerce Date:** 1908-09-00

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
62179
75218
100444

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2011-02-14 - First renewal 10 year

2011-02-14 - Section 8 (10-year) accepted/ Section 9 granted

2011-02-11 - TEAS Section 8 & 9 Received

2008-02-12 - Notice Of Suit

2007-07-16 - Section 8 (6-year) accepted & Section 15 acknowledged

2007-06-28 - Assigned To Paralegal

2007-05-31 - Section 8 (6-year) and Section 15 Filed

2007-05-31 - TEAS Section 8 & 15 Received

2007-04-05 - Case File In TICRS

2007-02-07 - Assignment Of Ownership Not Updated Automatically

2006-03-29 - Assignment Of Ownership Not Updated Automatically

2002-02-05 - Registered - Principal Register

2001-11-13 - Published for opposition

2001-10-24 - Notice of publication

2001-05-23 - Approved for Pub - Principal Register (Initial exam)

2001-05-21 - Examiner's amendment mailed

2001-05-14 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Douglas R Wolf

**Correspondent**
Douglas R Wolf
WOLF GREENFIELD & SACKS PC
FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE
BOSTON MA 02210
Phone Number: 617-646-8000
Fax Number: 617-646-8646

 

**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 9**

**Serial #:** 76201627    **Filing Dt:** 01/30/2001    **Reg #:** 2536259    **Reg. Dt:** 02/05/2002
**Registrant:** Tootsie Roll Industries, Inc.
**Mark:** TOOTSIE

**Assignment: 1**
**Reel/Frame:** 3236/0032    **Received:** 01/30/2006    **Recorded:** 01/30/2006    **Pages:** 12
**Conveyance:** SECURITY INTEREST
**Assignor:** FARLEY & SATHERS CANDY COMPANY, INC.
     **Exec Dt:** 12/16/2005
     **Entity Type:** CORPORATION
     **Citizenship:** DELAWARE
**Assignee:** GENERAL ELECTRIC CAPITAL CORPORATION
500 MONROE STREET
CHICAGO, ILLINOIS 60661
     **Entity Type:** CORPORATION
     **Citizenship:** DELAWARE
**Correspondent:** ANDREA R. BOUNDS
191 PEACHTREE STREET
ATLANTA, GA 30303-1763

**Assignment: 2**
**Reel/Frame:** 3277/0353    **Received:** 03/28/2006    **Recorded:** 03/28/2006    **Pages:** 23
**Conveyance:** SECOND LIEN SECURITY INTEREST
**Assignor:** FARLEY & SATHERS CANDY COMPANY, INC.
     **Exec Dt:** 03/24/2006
     **Entity Type:** CORPORATION
     **Citizenship:** DELAWARE
**Assignee:** GENERAL ELECTRIC CAPITAL CORPORATION
500 MONROE STREET
CHICAGO, ILLINOIS 60661
     **Entity Type:** CORPORATION
     **Citizenship:** DELAWARE
**Correspondent:** ANDREA R. BOUNDS
1180 PEACHTREE STREET
ATLANTA, GA 30309-3521

**Assignment: 3**
**Reel/Frame:** 3470/0568    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 10
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** TOOTSIE ROLL INDUSTRIES, INC.
     **Exec Dt:** 01/19/2007
     **Entity Type:** CORPORATION
     **Citizenship:** VIRGINIA
**Assignee:** CGC, INC.
7401 SOUTH CICERO AVENUE
CHICAGO, ILLINOIS 60629
     **Entity Type:** CORPORATION
     **Citizenship:** DELAWARE
**Correspondent:** DOUGLAS R. WOLF
600 ATLANTIC AVENUE
BOSTON, MA 02210-2206

**Assignment: 4**
**Reel/Frame:** 3470/0578    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 10
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** CGC, INC.
     **Exec Dt:** 01/19/2007
     **Entity Type:** CORPORATION

| | | | |
|---|---|---|---|
| | | **Citizenship:** | DELAWARE |
| **Assignee:** | CHARMS MARKETING COMPANY | **Entity Type:** | CORPORATION |
| | 7401 SOUTH CICERO AVENUE | **Citizenship:** | ILLINOIS |
| | CHICAGO, ILLINOIS 60629 | | |
| **Correspondent:** | DOUGLAS R. WOLF | | |
| | 600 ATLANTIC AVENUE | | |
| | BOSTON, MA 02210-2206 | | |

### Assignment: 5

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 3470/0600 | **Received:** 01/30/2007 | **Recorded:** 01/30/2007 | **Pages:** 14 |
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** | CHARMS MARKETING COMPANY | **Exec Dt:** | 01/19/2007 |
| | | **Entity Type:** | CORPORATION |
| | | **Citizenship:** | ILLINOIS |
| **Assignee:** | TOOTSIE ROLL BRANDS LLC | **Entity Type:** | LIMITED LIABILITY COMPANY |
| | 7401 SOUTH CICERO AVENUE | **Citizenship:** | DELAWARE |
| | CHICAGO, ILLINOIS 60629 | | |
| **Correspondent:** | DOUGLAS R. WOLF | | |
| | 600 ATLANTIC AVENUE | | |
| | BOSTON, MA 02210-2206 | | |

### Assignment: 6

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 3470/0771 | **Received:** 01/30/2007 | **Recorded:** 01/30/2007 | **Pages:** 16 |
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** | TOOTSIE ROLL BRANDS LLC | **Exec Dt:** | 01/19/2007 |
| | | **Entity Type:** | LIMITED LIABILITY COMPANY |
| | | **Citizenship:** | DELAWARE |
| **Assignee:** | CHARMS MARKETING COMPANY | **Entity Type:** | CORPORATION |
| | 7401 SOUTH CICERO AVENUE | **Citizenship:** | ILLINOIS |
| | CHICAGO, ILLINOIS 60629 | | |
| **Correspondent:** | DOUGLAS R. WOLF | | |
| | 600 ATLANTIC AVENUE | | |
| | BOSTON, MA 02210-2206 | | |

### Assignment: 7

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 3470/0797 | **Received:** 01/30/2007 | **Recorded:** 01/30/2007 | **Pages:** 16 |
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** | CHARMS MARKETING COMPANY | **Exec Dt:** | 01/19/2007 |
| | | **Entity Type:** | CORPORATION |
| | | **Citizenship:** | ILLINOIS |
| **Assignee:** | CGC, INC. | **Entity Type:** | CORPORATION |
| | 7401 SOUTH CICERO AVENUE | **Citizenship:** | DELAWARE |
| | CHICAGO, ILLINOIS 60629 | | |
| **Correspondent:** | DOUGLAS R. WOLF | | |
| | 600 ATLANTIC AVENUE | | |
| | BOSTON, MA 02210-2206 | | |

### Assignment: 8

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 3470/0867 | **Received:** 01/30/2007 | **Recorded:** 01/30/2007 | **Pages:** 16 |
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** | CGC, INC. | **Exec Dt:** | 01/19/2007 |
| | | **Entity Type:** | CORPORATION |
| | | **Citizenship:** | DELAWARE |
| **Assignee:** | TOOTSIE ROLL INDUSTRIES, INC. | **Entity Type:** | CORPORATION |
| | 7401 SOUTH CICERO AVENUE | **Citizenship:** | VIRGINIA |
| | CHICAGO, ILLINOIS 60629 | | |
| **Correspondent:** | DOUGLAS R. WOLF | | |

        600 ATLANTIC AVENUE
        BOSTON, MA 02210-2206

### Assignment: 9

| | |
|---|---|
| **Reel/Frame:** 3470/0883 **Received:** 01/30/2007 **Recorded:** 01/30/2007 | **Pages:** 16 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | |
| **Assignor:** TOOTSIE ROLL INDUSTRIES, INC. | **Exec Dt:** 01/19/2007 |
| | **Entity Type:** CORPORATION |
| | **Citizenship:** VIRGINIA |
| **Assignee:** TOOTSIE ROLL INDUSTRIES, LLC | **Entity Type:** LIMITED LIABILITY COMPANY |
| 7401 SOUTH CICERO AVENUE | |
| CHICAGO, ILLINOIS 60629 | **Citizenship:** ILLINOIS |
| **Correspondent:** DOUGLAS R. WOLF | |
| 600 | |
| BOSTON, MA 02210-2206 | |

Search Results as of: 11/08/2011 10:26 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.2
Web interface last modified: July 25, 2011 v.2.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |