# Exhibit M

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-11-08 10:27:09 ET

Serial Number: 78329840 Assignment Information    Trademark Document Retrieval

Registration Number: 3026576

Mark

# TOOTSIE ROLL POP

(words only): TOOTSIE ROLL POP

**Standard Character claim:** Yes

**Current Status:** A Section 8 declaration has been accepted.

**Date of Status:** 2011-09-08

**Filing Date:** 2003-11-19

**Transformed into a National Application:** No

**Registration Date:** 2005-12-13

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** M40 -TMO Law Office 113

**Date In Location:** 2011-09-08

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Tootsie Roll Industries, LLC

**Address:**
Tootsie Roll Industries, LLC
7401 South Cicero Avenue
Chicago, IL 60629
United States
**Legal Entity Type:** Limited Liability Company
**State or Country Where Organized:** Illinois

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
Cosmetics, non-medicated lip balm, lip gloss, skin soap, bath foam, nail polish, and body lotion
**Basis:** 1(a)
**First Use Date:** 2002-10-00
**First Use in Commerce Date:** 2002-10-00

**International Class:** 014
**Class Status:** Active
Jewelry, watches, bracelets, necklaces and rings
**Basis:** 1(a)
**First Use Date:** 2003-06-00
**First Use in Commerce Date:** 2003-06-00

**International Class:** 016
**Class Status:** Active
Stationery box sets, stickers, notebooks, diaries, pencils, erasers, address books, self adhesive paper, gift tags, greeting cards, folders, blank journals, pens, scented markers, and scratch and sniff stickers
**Basis:** 1(a)
**First Use Date:** 2003-06-00
**First Use in Commerce Date:** 2003-06-00

**International Class:** 020
**Class Status:** Active
Picture frames, non-metal and non-leather key chains
**Basis:** 1(a)
**First Use Date:** 2003-06-00
**First Use in Commerce Date:** 2003-06-00

**International Class:** 025
**Class Status:** Active
Underwear, bras, camisoles, pants, shirts, sweatshirts, jerseys, headbands, stockings, socks, footwear, shorts, belts, pajamas
**Basis:** 1(a)
**First Use Date:** 2003-06-00

**First Use in Commerce Date:** 2003-06-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-09-08 - Sec. 15 Acknowledgement - Mailed

2011-09-08 - Notice Of Acceptance Of Sec. 8 - Mailed

2011-09-08 - Section 8 (6-year) accepted

2011-09-08 - Section 15 acknowledged

2011-09-08 - Case Assigned To Post Registration Paralegal

2011-08-30 - TEAS Section 15 Received

2011-08-30 - TEAS Section 8 Received

2007-02-07 - Assignment Of Ownership Not Updated Automatically

2005-12-13 - Registered - Principal Register

2005-09-20 - Published for opposition

2005-08-31 - Notice of publication

2005-08-10 - Law Office Publication Review Completed

2005-08-10 - Assigned To LIE

2005-08-01 - Approved for Pub - Principal Register (Initial exam)

2005-07-29 - Teas/Email Correspondence Entered

2005-07-26 - Communication received from applicant

2005-07-26 - TEAS Response to Office Action Received

2005-01-26 - Final refusal mailed

2005-01-25 - Final Refusal Written

2005-01-03 - Amendment From Applicant Entered

2004-12-13 - Communication received from applicant

2004-12-13 - PAPER RECEIVED

2004-06-08 - Non-final action mailed

2004-05-27 - Assigned To Examiner

2003-12-11 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Douglas R. Wolf

**Correspondent**
Douglas R. Wolf
WOLF, GREENFIELD & SACKS, P.C.
600 ATLANTIC AVENUE
BOSTON MA 02210
Phone Number: 617-646-8000
Fax Number: 617-646-8646

 United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 4**
    **Serial #:** 78329840    **Filing Dt:** 11/19/2003    **Reg #:** 3026576    **Reg. Dt:** 12/13/2005
    **Registrant:** Tootsie Roll Brands LLC
    **Mark:** TOOTSIE ROLL POP

**Assignment: 1**
    **Reel/Frame:** 3470/0771    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 16
    **Conveyance:** ASSIGNS THE ENTIRE INTEREST
    **Assignor:** TOOTSIE ROLL BRANDS LLC    **Exec Dt:** 01/19/2007
        **Entity Type:** LIMITED LIABILITY COMPANY
        **Citizenship:** DELAWARE
    **Assignee:** CHARMS MARKETING COMPANY    **Entity Type:** CORPORATION
        7401 SOUTH CICERO AVENUE    **Citizenship:** ILLINOIS
        CHICAGO, ILLINOIS 60629
    **Correspondent:** DOUGLAS R. WOLF
        600 ATLANTIC AVENUE
        BOSTON, MA 02210-2206

**Assignment: 2**
    **Reel/Frame:** 3470/0797    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 16
    **Conveyance:** ASSIGNS THE ENTIRE INTEREST
    **Assignor:** CHARMS MARKETING COMPANY    **Exec Dt:** 01/19/2007
        **Entity Type:** CORPORATION
        **Citizenship:** ILLINOIS
    **Assignee:** CGC, INC.    **Entity Type:** CORPORATION
        7401 SOUTH CICERO AVENUE    **Citizenship:** DELAWARE
        CHICAGO, ILLINOIS 60629
    **Correspondent:** DOUGLAS R. WOLF
        600 ATLANTIC AVENUE
        BOSTON, MA 02210-2206

**Assignment: 3**
    **Reel/Frame:** 3470/0867    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 16
    **Conveyance:** ASSIGNS THE ENTIRE INTEREST
    **Assignor:** CGC, INC.    **Exec Dt:** 01/19/2007
        **Entity Type:** CORPORATION
        **Citizenship:** DELAWARE
    **Assignee:** TOOTSIE ROLL INDUSTRIES, INC.    **Entity Type:** CORPORATION
        7401 SOUTH CICERO AVENUE    **Citizenship:** VIRGINIA
        CHICAGO, ILLINOIS 60629
    **Correspondent:** DOUGLAS R. WOLF
        600 ATLANTIC AVENUE
        BOSTON, MA 02210-2206

**Assignment: 4**
    **Reel/Frame:** 3470/0883    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 16
    **Conveyance:** ASSIGNS THE ENTIRE INTEREST
    **Assignor:** TOOTSIE ROLL INDUSTRIES, INC.    **Exec Dt:** 01/19/2007
        CORPORATION

| | |
|---|---|
| **Assignee:** TOOTSIE ROLL INDUSTRIES, LLC<br>7401 SOUTH CICERO AVENUE<br>CHICAGO, ILLINOIS 60629 | **Entity Type:**<br>**Citizenship:** VIRGINIA<br>**Entity Type:** LIMITED LIABILITY COMPANY<br>**Citizenship:** ILLINOIS |
| **Correspondent:** DOUGLAS R. WOLF<br>600<br>BOSTON, MA 02210-2206 | |

Search Results as of: 11/08/2011 10:27 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.2
Web interface last modified: July 25, 2011 v.2.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT