# Exhibit N

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-11-08 10:27:29 ET

**Serial Number:** 78304766  Assignment Information   Trademark Document Retrieval

**Registration Number:** 3323806

**Mark(words only):** TOOTSIE FRUIT ROLLS

**Standard Character claim:** No

**Current Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Date of Status:** 2007-10-30

**Filing Date:** 2003-09-24

**Transformed into a National Application:** No

**Registration Date:** 2007-10-30

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-10-30

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Tootsie Roll Brands LLC

**Address:**
Tootsie Roll Brands LLC
7401 South Cicero Avenue
Chicago, IL 60629
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active
candy
**Basis:** 1(a)
**First Use Date:** 2004-03-22
**First Use in Commerce Date:** 2004-03-22

## ADDITIONAL INFORMATION

**Disclaimer:** "FRUIT ROLLS"

**Prior Registration Number(s):**
1988251
2402373

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-10-30 - Registered - Principal Register

2007-08-14 - Published for opposition

2007-07-25 - Notice of publication

2007-07-06 - Law Office Publication Review Completed

2007-07-06 - Assigned To LIE

2007-06-03 - Approved for Pub - Principal Register (Initial exam)

2007-05-04 - Teas/Email Correspondence Entered

2007-05-03 - Communication received from applicant

2007-05-03 - TEAS Response to Office Action Received

2007-02-07 - Assignment Of Ownership Not Updated Automatically

2006-11-13 - Final refusal mailed

2006-11-10 - Final Refusal Written

2006-09-29 - LIE Checked Susp - To Atty For Action

2005-11-09 - Report Completed Suspension Check Case Still Suspended

2005-04-01 - Letter of suspension mailed

2005-03-31 - Amendment to Use approved

2005-03-31 - Suspension Letter Written

2004-11-27 - Amendment From Applicant Entered

2004-11-12 - Communication received from applicant

2004-11-27 - Amendment To Use Processing Complete

2004-11-12 - Use Amendment Filed

2004-11-12 - PAPER RECEIVED

2004-05-12 - Non-final action mailed

2004-04-24 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Douglas R. Wolf

**Correspondent**
Douglas R. Wolf
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Phone Number: 617-720-3500
Fax Number: 617-720-2441




**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 4**
   **Serial #:** 78304766    **Filing Dt:** 09/24/2003    **Reg #:** 3323806    **Reg. Dt:** 10/30/2007
   **Registrant:** Tootsie Roll Brands LLC
   **Mark:** TOOTSIE FRUIT ROLLS

**Assignment: 1**
   **Reel/Frame:** 3470/0771    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 16
   **Conveyance:** ASSIGNS THE ENTIRE INTEREST
   **Assignor:** TOOTSIE ROLL BRANDS LLC    **Exec Dt:** 01/19/2007
   **Entity Type:** LIMITED LIABILITY COMPANY
   **Citizenship:** DELAWARE
   **Assignee:** CHARMS MARKETING COMPANY
   7401 SOUTH CICERO AVENUE
   CHICAGO, ILLINOIS 60629
   **Entity Type:** CORPORATION
   **Citizenship:** ILLINOIS
   **Correspondent:** DOUGLAS R. WOLF
   600 ATLANTIC AVENUE
   BOSTON, MA 02210-2206

**Assignment: 2**
   **Reel/Frame:** 3470/0797    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 16
   **Conveyance:** ASSIGNS THE ENTIRE INTEREST
   **Assignor:** CHARMS MARKETING COMPANY    **Exec Dt:** 01/19/2007
   **Entity Type:** CORPORATION
   **Citizenship:** ILLINOIS
   **Assignee:** CGC, INC.
   7401 SOUTH CICERO AVENUE
   CHICAGO, ILLINOIS 60629
   **Entity Type:** CORPORATION
   **Citizenship:** DELAWARE
   **Correspondent:** DOUGLAS R. WOLF
   600 ATLANTIC AVENUE
   BOSTON, MA 02210-2206

**Assignment: 3**
   **Reel/Frame:** 3470/0867    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 16
   **Conveyance:** ASSIGNS THE ENTIRE INTEREST
   **Assignor:** CGC, INC.    **Exec Dt:** 01/19/2007
   **Entity Type:** CORPORATION
   **Citizenship:** DELAWARE
   **Assignee:** TOOTSIE ROLL INDUSTRIES, INC.
   7401 SOUTH CICERO AVENUE
   CHICAGO, ILLINOIS 60629
   **Entity Type:** CORPORATION
   **Citizenship:** VIRGINIA
   **Correspondent:** DOUGLAS R. WOLF
   600 ATLANTIC AVENUE
   BOSTON, MA 02210-2206

**Assignment: 4**
   **Reel/Frame:** 3470/0883    **Received:** 01/30/2007    **Recorded:** 01/30/2007    **Pages:** 16
   **Conveyance:** ASSIGNS THE ENTIRE INTEREST
   **Assignor:** TOOTSIE ROLL INDUSTRIES, INC.    **Exec Dt:** 01/19/2007
   CORPORATION

|  |  |  |  |
|---|---|---|---|
|  |  | **Entity Type:** |  |
|  |  | **Citizenship:** | VIRGINIA |
| **Assignee:** | TOOTSIE ROLL INDUSTRIES, LLC<br>7401 SOUTH CICERO AVENUE<br>CHICAGO, ILLINOIS 60629 | **Entity Type:**<br>**Citizenship:** | LIMITED LIABILITY COMPANY<br>ILLINOIS |
| **Correspondent:** | DOUGLAS R. WOLF<br>600<br>BOSTON, MA 02210-2206 |  |  |

Search Results as of: 11/08/2011 10:27 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.2
Web interface last modified: July 25, 2011 v.2.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT