# Exhibit O



# TootsieShop

| 0 Items | Total: $0.00 |

**Shopping Info**     **Contact Us**

Search Tootsie Shop

Shop Home
Sign In
What's New
Buy Candy
Browse by Brand
Accessories
Baby
Children's
Clothing
Home Collection
Gift Certificates
E-Mail List

Home » Accessories

## Tootsie Roll Socks

Item # 26289
Price: $12.00

🛒 Add to Cart
🗒 Add to Wishlist

70% Cotton, 20% Nylon, 10% Spandex.
Reinforced toe and heel.

21 of 49

0

**TootsieShop.com** on
Facebook
Like    12

**Lip Balm**

Minty fresh Junior Mint
flavored lip protection.
[CLICK FOR DETAILS]

**Knit Scarf**

A twist of warming
Tootsie Rolls in your
pocket. This Tootsie Roll
keeps you warm.
[CLICK FOR DETAILS]

**Stay Informed**

Be the first to know
about new items and
offers. Join our
e-mail list.
[ADD NAME]

# TootsieShop

| 0 Items | Total: $0.00 |

Shopping Info   Contact Us

Search Tootsie Shop

- Shop Home
- Sign In
- What's New
- Buy Candy
- Browse by Brand
- Accessories
- Baby
- Children's
- Clothing
- Home Collection
- Gift Certificates
- E-Mail List

Home » Best-sellers

## Tootsie Roll Knit Scarf



1 of 1

Item # 28605
Price: $24.00

Add to Cart
Add to Wishlist

A twist of warming Tootsie Rolls in your pocket. This Tootsie Roll keeps you warm. Knit scarf measures 70" long and 5" wide with 3" fringe.

TootsieShop.com on Facebook
Like  12

### Lip Balm
Minty fresh Junior Mint flavored lip protection.
[CLICK FOR DETAILS]

### Stay Informed
Be the first to know about new items and offers. Join our e-mail list.
[ADD NAME]

  0

Tootsie Roll Socks
$12.00

Privacy Policy | Managed by ImageExchange.com

# Freeze



Sample Screen Print Label

# Freeze



**Product Samples**

# Trau & Loevner



Product Samples

# You and Me LegWear






**Sample Hang Tags**

# You and Me LegWear



## Product Samples

# You and Me LegWear



**Product Samples**



# You and Me LegWear





## Product Samples

# You and Me LegWear

  

**Product Samples**

# You and Me LegWear





**Product Samples**

# Loungefly



# Product Catalog

# Loungefly

 



**Product Samples
and HangTag**

Product Samples
and HangTag





J.E.M.

Product Samples



J.E.M.